# U.S. District Court
## District of Hawaii (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:26-mj-00448-RT-1
## Internal Use Only

Case title: USA v. Griffin                                      Date Filed: 05/14/2026

Other court case number: 26-mj-4166-DHH District of
                                        Massachusetts

Assigned to: MAGISTRATE JUDGE
ROM TRADER

## Defendant (1)

**Abdeem Griffin**                     represented by   **Pamela Ingrid Lundquist**
                                                        Lundquist Law
                                                        P.O. Box 37757
                                                        Honolulu, HI 97837
                                                        808-726-4400
                                                        Fax: 808-369-8179
                                                        Email: lawyerpam11@gmail.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 21 U.S.C. § 846, Conspiracy to Distribute and to Possess with Intent to Distribute | |

Controlled Substances; 18 U.S.C. §
1956(h), Money Laundering Conspiracy,
(District of Massachusetts, 26-mj-4166-
DHH)

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Barbara Eucker** |
| | | Office of the United States Attorney |
| | | Prince Kuhio Federal Building |
| | | 300 Ala Moana Blvd Ste 6100 |
| | | Honolulu, HI 96850 |
| | | 808-440-9249 |
| | | Email: barbara.eucker@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Government* |

Email All Attorneys

Email All Attorneys inc. Terminated Defendants

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2026 | | Arrest (Rule 40) of Abdeem Griffin. (jni) (Entered: 05/14/2026) |
| 05/14/2026 | 1 | DECLARATION OF CARLOS MENA - by USA as to Abdeem Griffin. (Attachments: # 1 Criminal Complaint, # 2 Executed Arrest Warrant) (jni) (Entered: 05/14/2026) |
| 05/14/2026 | 2 | EO: as to Abdeem Griffin - An Initial Appearance (Rule 5 OUT) is set for 5/15/2026 at 2:00 PM in Courtroom 5 before MAGISTRATE JUDGE ROM TRADER.<br><br>(Attorney Pamela Ingrid Lundquist is provisionally appointed pending submission of Defendant's Financial Affidavit.)<br><br>(MAGISTRATE JUDGE ROM TRADER)<br>(ab) (Entered: 05/14/2026) |
| 05/15/2026 | 3 | EP: INITIAL APPEARANCE Rule 5 (OUT) as to DEFENDANT ABDEEM GRIFFIN had on 5/15/2026.<br><br>Defendant Abdeem Griffin ("Defendant") present and in custody.<br><br>Appointment of Counsel:<br><br>Defendant sworn to Financial Affidavit. The Court appoints Ms. Pamela I. Lundquist as counsel.<br><br>Initial Appearance:<br><br>Defendant charged by Criminal Complaint in the District of Massachusetts. Ms. |

Lundquist has reviewed the Criminal Complaint with Defendant. Defendant acknowledges general understanding of the charges.

Waiver of Rule 5 & 5.1:

Court provided with *Waiver of Rule 5 & 5.1 Hearings* form signed by Defendant. Court confirms Defendant's waiver of rights, i.e., right to an identity hearing, and production of a warrant as documented in the waiver form. Court finds Defendant's waiver to be knowingly, voluntarily and intelligently made. Court accepts Defendant's waiver. *Waiver of Rule 5 & 5.1 Hearings* form filed.

Detention/Release:

Court adopts the recommendation of Pretrial Services and finds the conditions adequate to reasonably assure Defendant's appearance and to mitigate any risk of danger posed should he be released.

The Court ORDERS Defendant be released on an unsecured bond in the amount of **$50,000.00** with the following conditions:

Please refer to the attached Minutes for all conditions.

The Court reviewed the above release conditions with Defendant who acknowledged understanding the foregoing conditions, his obligation to comply, and the consequences of violating any conditions of release. Defendant advised of possible adverse action for failure to comply with any condition, to include issuance of a warrant for Defendant's arrest, revocation of release status and detention pending trial.

**These minutes will stand as the conditions of bond. IT IS SO ORDERED.**

Defendant is remanded to the custody of the U.S. Marshal Service for processing. Abstract of Release to be filed. Defendant ordered released forthwith.

**Defendant ordered to appear in the District of Massachusetts on May 29, 2026 at 10:00 a.m. at 595 Mainstreet Worcester, Massachusetts 01608.**

Initial Appearance in Rule 5(c)(3) Proceedings as to Abdeem Griffin held on 5/15/2026.
Bond set as to Abdeem Griffin: $50,000.00 Unsecured.

(FTR-CT CT 5 / 2:07 p.m. 2:25 p.m.)
(MAGISTRATE JUDGE ROM TRADER)
(jni) (Entered: 05/18/2026)

| | | | |
|---|---|---|---|
| 05/15/2026 | | 4 | CJA 20 as to Abdeem Griffin: Appointment of Pamela Lundquist, Esq. - Signed by MAGISTRATE JUDGE ROM TRADER on 5/15/2026.<br>Nunc Pro Tunc: 5/14/2026<br>(jni) (Entered: 05/18/2026) |
| 05/15/2026 | 🔒 | 5 | CJA 23 Financial Affidavit - by Abdeem Griffin. (jni) (Entered: 05/18/2026) |
| 05/15/2026 | | 6 | Abstract of Release as to Abdeem Griffin. (jni) (Entered: 05/18/2026) |
| 05/15/2026 | | 7 | WAIVER of Rule 5 & 5.1 Hearings - by Abdeem Griffin. (jni) (Entered: 05/18/2026) |

| 05/15/2026 | 8 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Abdeem Griffin - Signed by MAGISTRATE JUDGE ROM TRADER on 5/15/2026. <br> (jni) (Entered: 05/18/2026) |