FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
May 14, 2026 2:19 pm
Lucy H.Carrillo, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MJ-26- 00448 RT |
| | ) | |
| Plaintiff, | ) | CASE NO. 26-mj-4166-DHH |
| | ) | (District of Massachusetts) |
| | ) | |
| vs. | ) | DECLARATION OF |
| | ) | CARLOS MENA; |
| ABDEEM GRIFFIN, | ) | EXHIBITS 1 and 2 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF CARLOS MENA

1. I, Carlos Mena, declare and state as follows:

2. I am a Special Agent with the U.S. Drug Enforcement Administration (DEA).

3. I am informed and believe that on May 5, 2026, a Criminal Complaint was filed in the District of Massachusetts, charging the above-named defendant, ABDEEM GRIFFIN, with violating 21 U.S.C. § 846, Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances. *See* Exhibit 1.

4. I am informed and believe that on May 5, 2026, United States Magistrate Judge David H. Hennessy, in the District of Massachusetts issued a warrant

for the defendant's arrest.

5.  Pursuant to that warrant, I arrested the defendant, ABDEEM GRIFFIN, in

    this District today. *See* Exhibit 2.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 14, 2026, at Honolulu, Hawaii.

_____
Carlos Mena
Special Agent, DEA

2

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 26-mj-4166-DHH |
| (1) HAI PHAM; (2) KELLY BREAULT; | ) | |
| (3) BOONPHET SYSOUMANG; | ) | |
| (4) RAFAEL MORENO; (5) ANDRES MONTEMAYOR; | ) | |
| (6) JAMES JAH; (7) CESAR GONZALEZ; | ) | |
| (8) COURTNEY SPAULDING; | ) | |
| (9) ABDEEM GRIFFIN; (10) RHONDA REED; | ) | |
| (11) FONG YANG; (12) KENNETH GODFREY; | ) | |
| (13) SCORPIO RAMOS; (14) GIOVAN COLON; | ) | |
| (15) GARY BOUCHER; (16) DAVID VEGA; | ) | |
| (17) FREDERICK HARDY; (18) JOSE GARCIA | ) | |
| | ) | |

*Defendant(s)*)

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    March 2020 through March 2026    in the county of    Worcester    in the

_____    District of    Massachusetts    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 [Defendants (1)-(18)] | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances |
| 18 U.S.C. § 1956(h) [Defendants (1),(6),(12)-(18)] | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

See the attached affidavit of Internal Revenue Service Criminal Investigation (IRS-CI) Special Agent Eric Beaudoin.

☑ Continued on the attached sheet.

*Eric Beaudoin*

*Complainant's signature*

IRS-CI Special Agent Eric Beaudoin

*Printed name and title*

Sworn before me by telephone in accordance with Fed. R. Crim. P. 4.1.

Date:    **May 5, 2026**

*Judge's signature*

City and state:    Worcester, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT OF SPECIAL AGENT ERIC BEAUDOIN**

I, Eric Beaudoin, being duly sworn, depose and state as follows:

**AGENT BACKGROUND**

1.       I am a Special Agent (SA) with the United States Department of Treasury, Internal Revenue Service, Criminal Investigation (IRS-CI).  In May 2010, I earned a Bachelor of Science Degree in Accounting and a Bachelor of Arts Degree in Criminology from Stonehill College, in Easton, Massachusetts.  Before becoming an IRS-CI SA in 2017, I worked as an auditor for a public accounting firm in Providence, Rhode Island, from October 2010 to July 2017.  I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program in November 2017 and the IRS National Criminal Investigation Training Academy's SA Investigative Techniques Program in February 2018.

2.       I am currently assigned to IRS-CI's Boston Field Office, with a post of duty in Warwick, Rhode Island.  I am responsible for investigating, among other crimes, tax evasion, money laundering, and violations of the Bank Secrecy Act. In January 2022, I was assigned as a Task Force Officer (TFO) with the United States Drug Enforcement Administration's Worcester High Intensity Drug Trafficking Area (DEA HIDTA) Task Force, in Worcester, Massachusetts.

3.       I have participated in numerous investigations involving violations of state and federal controlled substances laws, including Title 21, United States Code, Sections 841(a)(1) and 846.  Many of these investigations have had national connections, and many required me to work closely and share information and intelligence with members of other law enforcement agencies, including the DEA, the United States Postal Inspection Service (USPIS), the Massachusetts State Police (MSP), and the police departments of local communities throughout Rhode Island and Massachusetts.  I have debriefed, and continue to debrief, suspects, informants, and witnesses who

have personal knowledge about the sale and distribution of narcotics, laundering of drug proceeds, and related crimes occurring in Massachusetts and nationally.

**PURPOSE OF AFFIDAVIT**

4.      I am currently investigating Hai Son PHAM (born 1987), INFINITE PAINTING, LLC (based in Fitchburg, Massachusetts, and Seattle, Washington), Kelly BREAULT (born 1985), Boonphet SYSOUMANG a.k.a. "PHET" (born 1984), Rafael MORENO (born 1988), Andres MONTEMAYOR (born 1984), James JAH (born 1989), Cesar GONZALEZ (born 1984), Courtney SPAULDING (born 1984), Abdeem "Deemy" GRIFFIN ("DEEMY")(born 1995), Rhonda REED, a.k.a. "Shadow" (born 1990), Fong YANG (born 1983), Kenneth GODFREY (born 1967), Scorpio RAMOS (born 1985), Giovan COLON (born 1990), Gary BOUCHER (born 1980), David VEGA (born 1989), Fredrick HARDY a.k.a. "Freddy" (born 1988),  and Jose GARCIA a.k.a. "Boogie" (born 1990) for distribution and possession with intent to distribute controlled substances and conspiracy to do the same, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and for money laundering conspiracy, in violation of 18 U.S.C. § 1956(h).

5.      This affidavit is submitted in support of an application for a criminal complaint charging the following individuals with conspiracy to distribute and to possess with intent to distribute controlled substances in violation of 21 U.S.C. § 846:

    a.  PHAM;
    b.  BREAULT;
    c.  SYSOUMANG;
    d.  MORENO;
    e.  MONTEMAYOR;
    f.  JAH;
    g.  GONZALEZ;
    h.   SPAULDING;
    i.  GRIFFIN;
    j.  REED;
    k.  YANG;

2

l.  GODFREY;
m.  RAMOS;
n.  COLON;
o.  BOUCHER;
p.  VEGA;
q.  HARDY; and
r.  GARCIA.

6.    In addition, this affidavit is also submitted in support of an application for a criminal complaint charging the following individuals with conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h):

a.  PHAM;
b.  JAH;
c.  GODFREY;
d.  RAMOS;
e.  COLON;
f.  BOUCHER;
g.  VEGA;
h.  HARDY; and
i.  GARCIA.

7.    The statements in this affidavit are based, in part, on information provided by other law enforcement officers and analysts, and on my investigation of this matter. I have not included every fact known to me concerning this investigation because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of the requested criminal complaint and arrest warrants.  Unless otherwise specified by use of quotation marks, the statements and text messages described in the following paragraphs are summarized based on my understanding of the relevant context.

**<u>SUMMARY OF INVESTIGATION</u>**

8.    This investigation revealed evidence that PHAM heads a drug trafficking organization (DTO) in North Worcester County.  PHAM and members of his DTO conspired to

distribute and possess with intent to distribute large quantities of cocaine, marijuana, counterfeit pills, and other controlled substances throughout the United States, to include Massachusetts, New Jersey, Florida, Oklahoma, California, Texas, Washington, and Hawaii.

9.     PHAM registered and controls INFINITE PAINTING, LLC. While INFINITE PAINTING, LLC does some legitimate painting work in Massachusetts, it does not appear that it performs any legitimate painting work in Washington.  As set out in detail herein, PHAM and his co-conspirators used INFINITE PAINTING, LLC to launder drug proceeds through multiple financial institutions by concealing the illegal source of these funds.

10.     Agents[1] obtained evidence from, among other things, surveillance, court-ordered tracking devices for cell phones and vehicles, court-authorized package interdictions, and a search warrant return for PHAM's Apple iCloud account.

11.     Agents also obtained records and information from the following financial institutions: Bank of America (BOA), Digital Federal Credit Union (DCU), Rollstone Bank & Trust (RBT), Wells Fargo Bank, N.A. (WF), Block Inc. d.b.a. Cash App ("Cash App"), PayPal Inc. d.b.a. Venmo ("Venmo"), and Green Dot Corporation d.b.a. Apple Pay Cash ("Apple Pay").

---

[1] Unless specifically noted, the term "agents" refers generally to DEA Special Agents, DEA Task Force Officers, and other federal, state and local law enforcement officers who have participated in this investigation.

**PROBABLE CAUSE**

### I.    DRUG TRAFFICKING[2]

#### A. *PHAM and BREAULT*

12.    PHAM frequently travelled to Seattle, Los Angeles and San Francisco to supply his DTO.    Agents reviewed voluminous text communications between PHAM and BREAULT. While he was away, PHAM left quantities of various narcotics with BREAULT (mother of PHAM's youngest child) to provide to his most trusted regular customers in Massachusetts.[3]

13.    Text communications between PHAM and BREAULT indicate BREAULT met regularly with drug customers.   PHAM often dispatched BREAULT to meet customers in person and he gave customers BREAULT's phone number and told her to expect a call or text from them. PHAM even directed BREAULT on how each customer should pay for their drugs.   PHAM allowed some customers to receive narcotics on credit.  In those instances, PHAM told BREAULT it is okay to "front" the product to them, meaning there was no need to exchange cash or currency for drugs.

14.    For other customers, BREAULT would ask PHAM, how they pay and how much? For example, on January 6, 2024, PHAM texted BREAULT, "Ima give you [R.A.]'s number," then, "He's an old client of mine who I met through [S.]," then, "He wants 2 bs of the good for

---

[2] PHAM's DTO is a polydrug organization, distributing primarily cocaine, pressed pills, and marijuana and his iCloud return contains hundreds of instances of illegal drug activity. I included several examples of narcotics trafficking for the limited purpose of establishing probable cause for the issuance of the requested criminal complaint. All text conversations discussed in the affidavit come from PHAM's iCloud account, unless otherwise noted.

[3] For example, on January 4, 2024, PHAM texted BREAULT, "There's total of 47 including the one you have. And 23 of the better.  You'll be able to see the difference."  In response, BREAULT asked PHAM, "When you bring that stuff, can you put it in the cabinet above the fridge? [Child] saw that one in vase. I hid it above fridge."

180 ea," and then PHAM texted [R.A.'s] phone number to BREAULT.  From my training and experience as well as the time I have spent reviewing at length the contents of PHAM's iCloud account, I know that in this instance PHAM is telling BREAULT, who does not question PHAM's text message, that R.A. will purchase two eight-balls of the higher quality cocaine, for $180.00 each, or a total of $360.00.  PHAM often used similar vernacular with BREAULT, and most customers regarding purchases of cocaine, where "b" or "ball" is often code for eightball, and "regular," "good," or "better" is commonly used for the quality differentiation.

15.    BREAULT typically made approximately $40.00 per eightball that she sold on PHAM's behalf.  Sometimes she maintained written records of her sales to track the inventory and what PHAM should have received through CashApp, what she owed him in cash, and what she has either taken as her cut, or applied to a debt she owed to PHAM.  An example of BREAULT's written records or her drug ledger she sent via text to PHAM on January 5, 2024, is shown below:



BREAULT's ongoing role in the PHAM DTO will be discussed throughout the remainder of this affidavit.

### B.  *PHAM, BREAULT,* SYSOUMANG *and MORENO*

16.    PHET and MORENO (who live together) were regular drug customers and utilized both CashApp and cash to pay PHAM for drugs that they purchased from him and resold, mostly

in Gardner.  CashApp records showed PHET and MORENO sent approximately forty-five payments to PHAM in 2024 (January through September 2024) for a total of approximately $15,600.00.  Throughout text messaging conversations between PHAM, PHET and MORENO, they used the terms "AB" or "B" or "blizzard" which are common street slang for an "eight-ball" of cocaine.

17.    For example, on January 6, 2024, PHET texted PHAM asking, "Hey brother you around[?]" PHAM responded that he was not, but BREAULT was, and PHAM invited PHET to text her.  PHET asked PHAM if he could buy drugs on credit, and PHAM asked, "The whole b?" PHET replied, "Yeah until Tuesday."

18.    PHAM agreed and sent a text indicating the tab owed to PHAM, "-150." That same date, PHAM texted BREAULT, "Boonphet is looking," then, "Shoot him a text when you get a chance," followed by, "He's gonna front it."

19.    On January 8, 2024, PHAM provided PHET with a photo of his "new CashApp," and PHET agreed to send over a test transaction to make sure that it worked.  PHET texted, "I sent a 1 to test it did it work."  PHAM replied affirmatively, and PHET texted, "Ok sending the rest now."   CashApp records show that on January 8, 2024, PHET initiated two transactions to PHAM's CashApp, the first for $1.00, then the next one for $149.00, satisfying the debt of $150.00 for the eightball purchased on January 6, 2024, through BREAULT.

20.    On February 2, 2024, PHET texted PHAM who responded that he was not in town. PHAM told PHET that although PHAM was not around, BREAULT was, and PHAM asked PHET if PHET had her phone number.  PHET replied, "Yeah I do but could I get a front until Wednesday and if I have the loot earlier I'll send you it[?]" PHAM agreed to this arrangement.  PHET confirmed, "The 180 stuff," and PHAM replied, "Yup," followed by, "I told her."

7

21. Texts between PHAM and BREAULT indicate, on the same date, PHAM texted BREAULT that PHET would be contacting her, and he is buying a "good one" on credit. Several days later, PHET texted PHAM, "Just cash apped you bro." CashApp records indicate PHET sent PHAM $180.00 on February 7, 2024, satisfying his open debt with PHAM.

22. Some of the transactions conducted between PHAM, BREAULT, MORENO, and PHET resulted in more complex accounting calculations. For example, on February 11, 2024, PHET texted PHAM who, in turn, directed PHET to BREAULT because he was out of town. After PHET and BREAULT met up for drugs, PHET texted PHAM that he "Cash aped Kelly," indicating that for this particular transaction, PHET paid BREAULT (rather than PHAM) the full amount owed of $180.00. BREAULT confirmed this and then texted PHAM a full listing of all the drug deals she completed while PHAM was away:

> BREAULT:  Sold 3 good one reg
> Boom sent you for 1 180-40 from my tab
> Boom paid me for 1… 180-40 $140
> K.G. owes 45 till he sends… gave 95 -40 $55
> S.H. owes 80 gave $100-40 m3 $60
> I'm sending you $60 on cash app and then I'll have $195 for you
> Told K.G. to send the $45 to you.

23. The above text from BREAULT on February 11, 2024, indicates that she sold four separate eightballs of cocaine that PHAM had left at her residence, three "good" and one "regular." BREAULT's cut is $40, which she applied to her own open tab with PHAM. CashApp records indicate PHET paid PHAM $180.00, representing one eightball purchase. The text message indicates PHET paid BREAULT $180.00 for another eightball. After some additional accounting for other tabs, BREAULT indicated she paid PHAM $60.00. CashApp records confirm the memo line for BREAULT's payment read "cat food."

8

24.    On March 15, 2025, PHAM and MORENO exchanged text messages.    PHAM texted MORENO that he could meet at 1:00 p.m.  Shortly thereafter, PHAM texted, "I'm here," and approximately one minute later, "Gave it to boomy."  On the same date, agents were surveilling PHAM, and observed PHAM leave his residence, with his son, and drive to PHET and MORENO's residence in Garnder.  Meanwhile, other surveillance agents observed MORENO nearby exiting Beauregard's Liquors, approximately one mile away.  After departing PHET and MORENO's residence, PHAM drove past MORENO on West Street.   Upon learning that PHAM gave the drugs to PHET, MORENO texted "I just passed you."  PHAM responded, "I'll spin around."  Surveillance agents then observed  PHAM circle the block and return  to speak with MORENO for a short period of time before departing and returning to PHAM's residence.

25.    PHET, MORENO, and PHAM's text message exchanges are almost exclusively drug talk.  From approximately January 6, 2024, through March 16, 2025, PHET and MORENO conducted approximately 87 suspected purchases of cocaine from PHAM or BREAULT for a total of approximately 545 grams, and approximate total cost of $25,000.

### C. *Cocaine from Riverside County, California to Massachusetts*

26.    From January 2024, through July 2024, text messages contained within the search warrant return from PHAM's iCloud account show that PHAM was in regular contact with MONTEMAYOR via text to coordinate kilogram-quantity shipments via UPS from GONZALEZ in Riverside County, California to PHAM in Central Massachusetts.  On multiple occasions, some set out in detail herein, MONTEMAYOR directed PHAM to send quantities of cash to addresses in Texas and California.  PHAM, in turn, directed shipments of approximately twenty kilograms of cocaine to be shipped to his residence in Gardner, Massachusetts, as well as to SPAULDING's residence in Leominster, Massachusetts.  I have set out three such instances herein, culminating in

the seizure of three kilograms of cocaine from a parcel addressed to SPAULDING's residence in Leominster by federal agents in Riverside, California.

### 1. *Four Kilograms - February 2024*

27.    Beginning on or around Friday, February 9, 2024, PHAM makes statements in his text messages with MONTEMAYOR suggesting they have already conducted previous transactions. A couple days later, on February 12, 2024, PHAM texted MONTEMAYOR that PHAM wanted seven kilograms now. PHAM indicated that he was willing to pay immediately if the seven kilograms of cocaine were shipped to him right away. MONTEMAYOR agreed, though MONTEMAYOR made no further contact with PHAM for several days.

28.    On Thursday, February 22, 2024, in preparation for mailing cash to Texas for a cocaine purchase, PHAM texted JAH[4]: "I hate to ask but can you send any bread brother," to which JAH replied, "Got u imma hit the bank ina few. How much[?]" PHAM responded, "Whatever helps," prompting JAH to text, "Give me a number bro." PHAM replied, "$5k." JAH later asked PHAM where to send the money, and suggested "Zelle?" JAH then sent PHAM $3,000 on Cash App, and $2,000 on Venmo. JAH's payment to PHAM over Venmo stated, "jimmy sent $2,000.00: Paint job." PHAM confirmed that he received the payments, then sent a text to JAH, reading "-24150"[5] followed by "Appreciate you."

---

[4] JAH is a resident of South River, New Jersey, who previously resided in Fitchburg. Throughout the period of the conspiracy, it is clear from my review of the iCloud return and financial records that JAH is a highly trusted member of the DTO. PHAM permits JAH to carry a significant tab and PHAM and JAH travel to meet up with one another to exchange significant quantities of cash for kilogram quantities of cocaine.

[5] In my training and experience, I know that drug traffickers often keep a running tab or ledger of what customers owe them. There are dozens of examples of similar notations of running tabs in PHAM's texts with other known drug customers. Based on context, it is reasonable to beleive that "-24150" is in reference to JAH's current debt to PHAM on that date. For example, a few days later, on February 28, 2024, JAH texted PHAM, "Sent a band of cash app." PHAM responded, "-23150."

29.     The following day, on Friday, February 23, 2024, PHAM texted JAH, "We on for Tuesday [February 27]" and "I'm only gonna have 2 available but we on for sure."  JAH replied, "Bet I'll take em."   From my training and experience, I understand the reference to "2" to likely mean 2 kilograms of cocaine.

30.     On Monday, February 26, 2024, MONTEMAYOR confirmed PHAM's home address in Gardner and PHAM then confirmed with MONTEMAYOR that PHAM wanted MONTEMAYOR to "Send 4 homie." MONTEMAYOR responded, "Ok bro", "I got you." In response, PHAM texted "Sending bread within an hour," then "Will it [meaning the cocaine] be here before noon tomorrow?" MONTEMAYOR responded, "Having my cousin schedule it for first thing in the morning so don't have to wait around."  PHAM then sent a photo of a receipt from a Leominster, Massachusetts location for a UPS Next Day Air – Residential package to be shipped to: Cesar Garcia, 2205 W. Acacia Ave SPC 85 Hemet, CA 92545.  This shipment cost $306.63, with expected arrival February 27, 2024, by 12 p.m.  The parcel weighed 9.96 pounds.[6]  PHAM texted JAH, "It's Wednesday [February 29, 2024] now. I already paid them so it's a definite."

31.     On Tuesday, February 27, 2024, PHAM texted MONTEMAYOR and asked if the money had been received in California and if his cocaine had shipped to Massachusetts.  He received no response via text message.

32.     On Wednesday, February 28, 2024, PHAM followed up with MONTEMAYOR, texting him, "???", "What's the status brother."   The same day, BREAULT and PHAM discussed

---

[6] MONTEMAYOR acknowledged PHAM's photo of the UPS receipt with a GIF of two individuals driving a low-rider style car.

11

BREAULT picking up a box for PHAM.[7] PHAM later texted BREAULT, "Still waiting for tracking number," then a photograph, and text that read, "That's the tracking number. Track it for me and try to bring it in the hallway once it lands."  BREAULT replied, "Ok."

33.     On Thursday, February 29, 2024, PHAM texted BREAULT, "I'm gonna stay in town. So you don't have to catch the package." PHAM also texted MONTEMAYOR, "Call me and let me know what's going on bro," then "Really can't afford to take another lose homie." Later the same day, PHAM texted MONTEMAYOR "Major success. Appreciate you big dawg." To this, MONTEMAYOR responded, "Yeeeee."  PHAM texted JAH: "Eagle has successfully landed," "It's legit," and "I'll see you Sunday homie." PHAM texted BREAULT, as well as multiple other customers, "Got some new work that's fire."  I know from my training and experience that "work" typically refers to cocaine.

34.     On Sunday, March 3, 2024, PHAM texted JAH about meeting up. JAH directed PHAM to a Denny's restaurant for between 10:00 a.m. and 10:30 a.m. There is no discussion as to the location of Denny's. PHAM arrived before JAH and texted that he would go inside and get a table, and JAH sent a text response with his breakfast order. Approximately fifty-four minutes

---

[7] On February 28, 2024, PHAM asked BREAULT if she will be working on a specific date, and when she asked why, PHAM texted, "Need you to pick up a box for me at my house." BREAULT agreed to assist and told PHAM to let her know.  After PHAM texted further instructions to BREAULT's inquiries, she asked, "Just bring it home with me or drop it somewhere?"  PHAM replied, "Bring it home." BREAULT responded, "Just let me know when it's there and I'll do my best to go right away to pick it up.  I'll text you once I have it in my car." PHAM later changed plans and texted that he would leave a key for BREAULT to go inside and leave it in his house.

after informing JAH of his arrival at the Denny's restaurant, PHAM sent a text message that read, "-21300."[8]

### 2. *Five Kilograms - March 2024*

35.     On March 10, 2024, MONTEMAYOR texted PHAM, "Same address California address space 85." PHAM responded "Ok" and sent MONTEMAYOR a UPS receipt for a package sent via UPS Next Day Air – Residential, cost $306.63, with an expected arrival of March 12, 2024, by 12:00 p.m.  The parcel weighed 5.46 lbs.

36.     On March 11, 2024, MONTEMAYOR asked, "Same address for you too," then "???"  PHAM responded, "Yeah," "We will switch it up next time," to which MONTEMAYOR replied, "All good."  PHAM sent an outgoing text message to SPAULDING, "Hey Courtney, are you able to receive a package for me Wednesday?" SPAULDING replied, "Yes, but I work until 12pm" and PHAM replied, "Ok. I'll let you know."

37.     On March 12, 2024, PHAM texted BREAULT and stated, "I'm gonna have a package sent to Courtney's [SPAULDING] Thursday" to which BREAULT replied, "Ok."  PHAM then asked BREAULT, "Can you pick it for me when it lands Thursday [?]" BREAULT replied, "Tell her," followed by, "Sure," and "I think I only have like one or two patients so let me know and I'll go right away," then "Soon as it's there I'll go."  PHAM texted BREAULT, "Grab it and keep it somewhere safe."

---

[8] Based on the reduction in debt from the previous amount of $23,150.00, and the meeting occurring for the apparent transaction of two kilograms of cocaine from PHAM to JAH, I believe JAH brought cash to the meeting.  Although the amount of cash he paid PHAM is unknown, as neither discuss price of these specific kilograms through text messages, I also believe the cash was in excess of what PHAM was charging JAH, and PHAM applied $1,850.00 to the previous debt.

38.     PHAM sent an outgoing text message to SPAULDING stating, "Thursday are you free?" and SPAULDING replied, "Yes Thursday I'm free." PHAM replied via text, "Ok," then "I'll let you know. Thank you Courtney."  PHAM then asked, "What's your address Courtney[?]" and SPAULDING replied, "33 hingham ct," followed by confirming the zip code as 01453. PHAM then texted SPAULDING, "Think ima have a package sent there if thats ok" - "For Thursday" - I'm gonna have Kelly pick it up once it lands." SPAULDING replied, "Ok."

39.     Later, on March 12, 2024, MONTEMAYOR responded, "Touchdown", "Five going your way". PHAM acknowledged MONTEMAYOR by texting, "Appreciate you".  Later, MONTEMAYOR texted, "My boy just a heads up we weren't able to get to the warehouse until 4:00 on their side therefore be sent off first thing in the morning apologize about that have  you receipt in the morning 5 your way." PHAM texted MONTEMAYOR, "33 Hingham CT Leominster, MA 01453", "Send it to that address". MONTEMAYOR acknowledged, "Okay (thumbs up emoji)".

40.     From my training and experience, to include the time I have spent reviewing the contents of PHAM's iCloud account, I understand this series of text exchanges between PHAM, MONTEMAYOR, SPAULDING, and BREAULT to mean that PHAM sent a cash deposit to California for five kilograms of cocaine to be shipped to him in Massachusetts.  PHAM decided to use a different address for the cocaine shipment but made certain that the package would be received and kept safe given the monetary value of the cocaine.

41.     On March 13, 2024, PHAM texted MONTEMAYOR, asking "Did the big homie send it yet?" MONTEMAYOR responded, "He's in route as we speak will have you receipt shortly." A short time later, MONTEMAYOR sent a picture of a UPS receipt with the following information: UPS Next Day Air Early Res weighing 17 lb 11.8 oz, description of goods: Car parts,

14

vintage AC, total cost $318.32.[9]   MONTEMAYOR reiterated, "5," and PHAM responded, "Appreciate you and the big homie primo," then "I'll send bread for that one next week." MONTEMAYOR responded, "Perfect big dog likewise keep your head up."

42.    On March 13, 2024, PHAM texted BREAULT a photograph of the UPS receipt, followed shortly by a text from PHAM, "Track that for me tomorrow and try to catch it when it lands." BREAULT replied, "Ok."   On March 13, 2024, SPAULDING texted PHAM asking him, "Do you have a time frame for tomorrow?" PHAM replied, "I'm gonna give Kelly the tracking number so she can track it" then "It'll be before noon." SPAULDING replied, "Ok."

43.    On March 14, 2024, BREAULT texted PHAM, "It's there. I'm in Gardner. I just saw my patient. I'm on my way back. I'm gonna go grab it." PHAM replied, "Ok". Later, PHAM texted BREAULT, "You get the box?" BREAULT replied, "Yea been done". PHAM texted BREAULT, "Ok". BREAULT replied, "It's at my house". PHAM texted BREAULT, "Feels heavy?" BREAULT replied, "Yeah, it feels heavy. It doesn't look like it was tampered with, but there is a small little hole in the side. I'll send you a picture when I get home. You can't really tell what's in it from the hole. It's very very small." PHAM texted BREAULT, "Should weigh about 17 lbs". BREAULT replied, "I can't tell how much it weighs. I'm about to be home in like three minutes."

---

[9] Five kilograms of cocaine weighs approximately 11 pounds, leaving about another 6.5 pounds for the box, packing materials, etc.

15

44.     On March 17, 2024, PHAM sent a text message to SPAULDING stating, "Pay you later today" followed by, "I just got back into town, didn't forget" - "I can stop by in 5 mins". SPAULDING replied, "Ok".

45.     On March 18, 2024, PHAM sent another UPS receipt to MONTEMAYOR from PAK Mail, located at 499 Electric Ave, Fitchburg with the following information: UPS Next Day Air - Residential, Ship to: Cesar Garcia 2205 W. Acacia Ave SPC 85 Hemet, CA 92545, package ID 126620, tracking # 1ZA8026E0298473948, costing $99.75, expected arrival 3/20 by 12pm, weighing 4.02 lbs.[10] MONTEMAYOR acknowledged with "Yeeeee."

### 3. *Three Kilograms Intercepted in California – July 2024*[11]

46.     On Sunday, July 21, 2024, PHAM texted SPAULDING, "Hey Courtney," then "Tuesday It'll be there."  SPAULDING replied, "Ok."[12]  On Tuesday, July 23, 2025, SPAULDING texted PHAM about the pending delivery that day, asking "What time?"  PHAM replied, "Not sure," then "Ima call my buddy and see if he even sent it."

47.     In the early morning hours of Wednesday July 24, 2024, PHAM texted SPAULDING, "Anyway you can call out Wednesday and catch that box for me," then "I'll pay you $400 total," then "It's coming before noon Wednesday [July 24, 2024]." SPAULDING replied, "It's coming today for sure [?]" then "I called out." PHAM texted SPAULDING, "Yeah," and

---

[10] Based on the foregoing text messages, I believe this shipment likely corresponds with the remainder of the payment for the 5 kilograms of cocaine.

[11] My review of PHAM's iCloud account revealed a similar set of text conversations, to include UPS receipts, for the coordination and shipment of cash for three kilograms of cocaine in April and two kilograms of cocaine in May.

[12] After making arrangement with SPAULDING to receive the parcel, flight records obtained for this investigation showed that PHAM flew from Boston to Seattle on Monday, July 22, 2024.

"Thank you." SPAULDING responded, "No problem. Could I grab 10 oranges too please?"[13] PHAM replied, "Of coarse," and "Should be there before noon."

48.    SPAULDING texted PHAM at 11:57 a.m. "Nothing yet" followed by, "Does it say it's delayed? No trucks have come up so far."  PHAM replied, "I'll find out." Later that day, SPAULDING sent PHAM a text message, "Still nothing, it's still saying it for delivery?" then "Tomorrow I'm around until my appointment at 2pm in case it's coming tomorrow morning." PHAM replied, "Ok let's see tomorrow." SPAULDING texted PHAM, "Nothing so far. I called out yesterday for nothing it seems."  PHAM replied, "I'll pay you" then "It's not coming," then, "I'll give you $200 for taking the day off," then "Unless you get paid more than that a day," then "And 10 of those things."  SPAULDING replied to PHAM, "that works. I appreciate that. Thank u."

49.    Unbeknownst to PHAM and SPAULDING, the reason the package never arrived in Leominster is because on July 23, 2024, it was intercepted by DEA SA James Perlez and DEA TFO Michael Callahan while they were conducting parcel inspections at a UPS Distribution Center in Riverside, California.  SA Perlez and TFO Callahan identified the parcel because of several indicators related to narcotics trafficking. The parcel, a brown-colored cardboard box, had a "UPS NEXT DAY AIR" shipping label which is among the most expensive services UPS offers to ship parcels.[14]

50.    I know from my training and experience that it is common for narcotics traffickers to use this type of shipping service, so the narcotics or narcotics proceeds intended for delivery are

---

[13] From the investigation, "oranges" are counterfeit Adderall pills containing methamphetamine.

[14] The parcel was addressed to Leon Cunningham, 33 Hingham Court, Leominster, MA.

out of their control for the least amount of time. It is uncommon for non-business or non-commercial parcels to be shipped using this service due to the expensive shipping price and associated fees. This parcel weighed approximately 11 pounds[15], and it was heavily taped with all seams taped closed.

51.      Based on these indicators, SA Perlez suspected the parcel contained an illegal substance or contraband. He requested a police K-9 trained in the detection of narcotics to sniff the parcel. The K-9 was ultimately deployed and positively alerted on the parcel by sitting beside it, indicating a presence of the odor of a controlled substance. SA Perlez then obtained a Riverside County search warrant and seized approximately three kilograms of cocaine. The cocaine was field tested and returned a result of presumptive positive for three kilograms of powder cocaine.

52.      According to Riverside DEA, their additional investigation revealed that GONZALEZ shipped the seized package from UPS Store #5027, located at 1440 Beaumont Avenue, in Beaumont California.  On July 31, 2024, TFO Callahan visited UPS Store and reviewed an 18-second video and still photos of the surveillance footage shown below:

---

[15] Three kilograms of cocaine weighs approximately 6.5 pounds, leaving about 4.5 pounds for the box, packing materials, etc.

18



53.     On the same date, agents canvassed for additional surveillance footage from nearby stores. Stater Brother's Market (a grocery store next to UPS) provided parking lot footage showing GONZALEZ arrive at the northwest parking lot in a 2-door white sedan with distinctive features (sharp curves on the hood, white mirrors, tinted windows, rectangle shaped headlamps with lower fog lamps, and black tires and rims).

54.     At approximately 4:40 p.m., GONZALEZ exited from the 2-door white sedan and walked toward The UPS Store. At approximately 4:46 p.m., GONZALEZ returned to the 2-door white sedan and exited the parking lot.   The Automated License Plate Readers (ALPRs) for 2-door white sedans in the area before and after 4:46 p.m. returned photos of a 2-door white Mercedes bearing CA license plate number 9BUF214 (pictured below):



NB Beaumont Ave @ 5th,
7/23/24, 1635 Hrs

55.    A California DMV check of the suspect vehicle revealed a 2011 Mercedes registered to an individual with GONZALEZ's same last name, residing at 163 Madrid St., Rancho Mirage, California.  A further law enforcement database search of 163 Madrid St., Rancho Mirage, California revealed prior law enforcement contacts for GONZALEZ with a current home address of 2205 W. Acacia Ave. Space# 85, Hemet, California.[16] Additional ALPR checks revealed the license plate number 9BUF214 was captured in the driveway/carport of 2205 W. Acacia Ave. Space# 85, Hemet, California:

---

[16] On February 6, 2024, MONTEMAYOR texted PHAM a picture of a hand-written note, "Cesar Garcia 2205 W. Acacia Ave SPC 85 Hemet, CA 92545" and then PHAM texted "Ima go send it."   After that, PHAM then sent at least four more shipments of cash to this address from Massachusetts.



56.    TFO Callahan obtained a California Driver's License photograph of Cesar GONZALEZ as well as mugshots from prior arrests and positively identified GONZALEZ as the same individual that shipped the parcel containing three kilograms of cocaine from The UPS Store:[17]

---

[17] On September 16, 2024, about six weeks after the package with 3 kilograms of cocaine was seized, PHAM texted SPAULDING asking if he could use her address for another two packages. SPAULDING agreed.  PHAM texted that "When they all make it I'll give you $400 and 10 of those oranges if that's cool." SPAULDING again agreed.  Subsequent messages show that the packages were delivered, and PHAM came to SPAULDING's Leominster residence to retrieve them.

  

### D.  *Cocaine for San Jose to Massachusetts*

57.    In August 2024, PHAM started a text message exchange with DEEMY, a Northern California-based drug broker.   In the months that followed, PHAM traveled from Boston to San Francisco to meet with DEEMY to obtain quantities of cocaine and marijuana from DEEMY's contacts in the San Jose and San Francisco areas for resale in Northern Worcester County.[18]

58.    REED is a cocaine customer PHAM dealt with in Massachusetts with during this timeframe when PHAM was obtaining cocaine from DEEMY's contacts in California. Based on my review of the iCloud return and law enforcement databases, REED is a significant drug trafficker in the North Worcester County area.  She has an extensive criminal history dating back to 2013, to include possession of a firearm, and multiple narcotics offenses for possession and distribution at the state level.

---

[18] PHAM was introduced to DEEMY through HARDY (who resides in Hawaii).  HARDY will be discussed in detail, *infra.*

59.     On Wednesday, December 4, 2024, REED texted PHAM that she needed cocaine and that she wanted to do business with PHAM.  REED asked if PHAM could still sell it to her for $17.00 per gram.  REED claimed that she is paying $16.50 per gram at the time, but she usually "grab[s] the whole thing," indicating $16.50 is her cost per gram when she buys a full kilogram, for a total of $16,500.00.  REED continued, "if u cool with me grabbing something slight like 200 to make sure and after that it would never be less than half."  PHAM replied, "I got you.  You're good, whatever you grab I'll do 17 a g," then, "even if its 50."

60.     On Tuesday December 10, 2024, REED asked PHAM to meet.  PHAM provided REED with a list of marijuana strains and prices (commonly referred to as the "bud menu" within PHAM's communications), then he texted, "How much work did you wanna grab?"  I know from my training and experience as well as the context of this text exchange that "work" refers to cocaine and not marijuana.

61.     REED replied, "500 on that part I got faith in you," meaning REED wants to purchase 500 grams, or half of a kilogram of cocaine from PHAM.  PHAM claimed that he only has 350 grams on him at the time - "I brought 350 with me but I can run and grab the 500," then "We would just have to meet later because I gotta get my son from school soon," then "But I'm in Leominster now with the 350." PHAM offered to give 350 grams to REED now and get the remaining 150 later.  In response, REED replied, "We can meet later so we can do it all at once."

62.     Later that evening, at approximately 6:15 p.m., the meeting occurred.  There is no discussion of a tab or electronic payment.  Given that, I believe that REED paid PHAM $8,500.00 cash for the cocaine, and potentially more for marijuana, however, the texts indicate REED only

wanted to inspect marijuana.[19]  While the quality of marijuana is unclear from the text messages, the cocaine was acceptable as REED texted PHAM later that evening, "I def need another 200 maybe more are you around[?]"

63.     On December 17, 2024, REED texted, "I def need to link with u."  PHAM and REED agreed to meet later that day. PHAM texted, "I'll be back in the area in an hour," followed by "16.5 for a whole. Will be available tomorrow."  REED responded, "That's 'fire emoji' glad. I waited definitely wanna check it out". PHAM responded, "Let you asap once they land."

64.     Approximately six hours later, PHAM texted, "Eagle landed if you wanna link tonight."  REED responded, "Word what time [?]" PHAM texted, "anytime after 8pm."  In response, REED texted, "Ok I just gotta peep it the last one was way better then the first but the smokers weren't the happiest ur on to something."  PHAM stated, "The first time might've been from Oakland or local," followed by "Lately it's been from LA."[20]

65.     On December 25, 2024, REED texted PHAM, "I should make it to u I need a half." PHAM responded, "Ok," followed by "Congress?" REED responds, "Yea that will work I can let u kno once im close." The conversation picks up on December 26, 2024, where REED asks, "Can I see you today?" and PHAM responded, "fa sho" and that he's with his kids and tells her what time he will be back. They agree to meet after PHAM texted, "in an hour."  REED responded, "I'm on congress if we can meet."  They agreed to meet and communicated timeframes until PHAM

---

[19] Records from DCU and RBT indicate PHAM made one cash deposit on December 12, 2024, for $2,350.00 and two more on December 14, 2024, of $2,500.00 each, for a total of $7,350.00.

[20] The text exchange shows that PHAM and REED met up on December 18, 2024.

texted, "here" and REED responded, "Ok coming down."  Later that day, PHAM texted, "They all have the same Dior stamp on it" followed by "Grabbing more next week. I'll see if I can get different ones."  REED responded, "Ok bet def lmk" and PHAM responded "fa sho."[21]

66.     On Wednesday, January 1, 2025, DEEMY texted PHAM asking when PHAM will be going to California next.  PHAM responded, "Not sure yet.  Either next weekend or the weekend after."  A few days later, on Monday, January 6, 2025, PHAM asked DEEMY, "How much are birds right now," followed by "2-4."   DEEMY replied, "let me hit em when he wakes up."  From my training and experience, I know "bird" to be a term frequently used for kilogram of cocaine.  In this instance, PHAM is asking DEEMY what prices he can get per kilogram if he purchases two to four kilograms.  Later that day, DEEMY asked PHAM to Facetime him.   I also know from my training and experience that drug traffickers commonly request counterparts to initiate a Facetime call when they want to discuss illicit activity, as Facetime communications cannot be captured by law enforcement for monitoring.

67.     The following day, Tuesday, January 7, PHAM texted DEEMY, "I'll be in town Friday. Put me down for 4 total."   DEEMY replied the following day, asking PHAM to bring "oc's," which I know to refer to oxycontin pills.  PHAM texted DEEMY the following day, "Ima

---

[21] Their conversation picked back up in early January 2025 where REED reached out to PHAM who provided her an update, "Nothing new yet. New ones I'm hoping next week," "Still got the ones with the same stamp. " REED replied, "Ok bet that works how bout the bud side could you send a list."  PHAM responded, "I'm working on another source just in case the source I been using doesn't fall through," then "for sure," then "I'll send a list of everything that just came in," "and everything else that I been sitting on." To that, REED replied, "ok perfect." A short time later, PHAM sent two separate texts of marijuana menus. On January 11, 2025, PHAM texted REED that his new stuff should be arriving on Tuesday, and he later confirmed its arrival.  There were no additional communications in the iCloud return from REED to PHAM.

bring 200 of them little things for you," referring to the pills.  DEEMY then requested PHAM to bring three hundred instead and PHAM agreed.

68.    On Friday, January 10, 2025, PHAM landed in San Francisco, California.  PHAM texted DEEMY, "They stole a large amount of cash in my luggage bro," then, "Sick right now." About 15 minutes later, DEEMY replied "man 80k is crazzzy bro (face palm emoji)."  PHAM then texted DEEMY, "I got those things[22] and ima go round up cash to grab at least two of them things." PHAM asked DEEMY, "Can ya boy take Apple Pay[?]" In response to PHAM's question, DEEMY replied with a phone number.  Law enforcement database searches revealed that the number belongs to an individual with the initials P.S.

69.    Apple Pay records indicate PHAM attempted seven different transactions, each of which failed, from $1,500.00 to $5,000.00 in varying amounts, to P.S.  When PHAM was unable to send money through Apple Pay, he teexted DEEMY, "I'm 20-30 min away from the casino. Gonna try to take money out.  If I can't I only got enough for 1."  BOA records indicate PHAM made two withdrawals on January 10, 2025, one, which appears to be from inside a BOA branch location, for $2,500.00, and another from an ATM in San Jose, California, for $800.00, netting PHAM $3,300.00. Later that evening, PHAM texted DEEMY, "bring one," then, "Send me the addy you want me to go to."

---

[22] From the context, I believe that "those things" in this message refers to the 300 Oxy pills DEEMY ordered from PHAM.  Apple Pay records show DEEMY paid PHAM twice on January 11, 2025, in the amount of $460.00 and $240.00, for a total of $700.00.  DEEMY texted PHAM a receipt from the second transaction and PHAM sent DEEMY an updated tab of $1,100.00, consistent with a price of $6.00 per pill, or a total of $1,800.00.

70.     I believe that PHAM purchased at least one kilogram of cocaine during this transaction on or about January 10, 2025.  This is, in part, because PHAM texted REED about "new stuff" en route to Massachusetts.

71.     On Saturday, January 11, 2025, PHAM texted REED, "Hey shadow.  New stuff should be arriving Tuesday.  Wanted to give you a heads up."  Based on the previous conversations, the "stuff" PHAM is referring to is cocaine because REED was concerned with the quality from recent purchases.  Two days later, on Monday, January 13, 2025, PHAM texted, "Hey shadow.  New stuff came in a day early."

72.     On Wednesday, January 15, 2025, DEEMY texted PHAM with instructions for their next drug transaction, "you should get a Airbnb next one, put it in clothes vaccum sealed and send it to the address your staying at and sign for it."  PHAM replied, "Ima carry the bread on me bro," then, "I can legally carry a good amount of cash," then "Make 120k a year in the books," then "got paystubs to prove it," then "Had problems with the mailing thing last year."  Thus, in this exchange, PHAM is assuring DEEMY that he will have a better outcome that his previous trip because PHAM believes that he can lawfully carry a significant amount of cash on his person while flying to California because he has an established salary to justify the funds should law enforcement inquire.

### E.  *Cocaine and MDMA from Massachusetts to Oklahoma*

73.     YANG, a.k.a. "Fizzo," resides in Claremore, Oklahoma.  YANG is a frequent contact of PHAM, and appears to be an associate originally from Fitchburg, Massachusetts, with family still residing in the area.  Almost all the text messages between PHAM and YANG involve discussions about narcotics.  YANG and PHAM discuss the quality and consistency of cocaine, and other narcotics, and YANG requests PHAM mail cocaine and MDMA.

74.    On January 31, 2024, YANG texted PHAM, "Can you split one for me and my bro, my other bro. He'll give you his and i'll app you mine, send to me."  YANG continued, "They live same spot."  PHAM responded, "ya i dont mind but I'm in seattle til Saturday." YANG replied, "no rush, just lmk." PHAM responded, "Ok for sure" "I'll box it and send it Monday."

75.    YANG responded, "It's probably better if you double or trip bag ten use tape to tighten it, use a small box like eye drop box then put in bubble wrap envelope cause it's small. That's how I do small packs," then, "But up to you." PHAM replied, "ok." YANG then sent an image from WalMart.com of a listing of bubble pack envelopes and texted "they have them at the post office as singles too." PHAM again replied, "ok," then, "they have those at the post office," then, "I'll grb one Monday and send it in one of those."  In this conversation, I believe YANG is requesting PHAM sell him and his brothers, or close associates, a controlled substance which cannot be simply mailed without disguising the contents and tightly wrapping it.

76.    On February 5, 2024, PHAM texted YANG, "What's the address you want me to send to [?]" YANG responded, "same" "2006 S Cherokee Pl Claremore ok 74019." PHAM responded, "ok," then "Sending it shortly," followed by, "give the other haf to your brother Jerry [?]"? YANG responded, "my other bro, King," then YANG sent a phone number to PHAM. PHAM responded, "OK" and sent an image of a USPS tracking number with the partial Oklahoma address visible. YANG responded, "you app is hairoll798[?]" PHAM responded with an image of an online cash application, appearing to be CashApp, reading Hai Pham $hairolla978.  Later that same day, YANG texted PHAM, "Sent from my other one," and PHAM replied, "Got it." CashApp records indicate on February 5, 2024, PHAM received a CashApp payment from YANG in the amount of $550.00.

77. On March 18, 2024, after multiple text messages were exchanged between YANG and PHAM about types and quantities, PHAM texted YANG he had sent a package, and texted, "half molly and half of grl," followed by "875 total." As previously noted herein, I know molly to be a common term for MDMA, and I also know "girl" to be commonly used for cocaine.

78. Based on the price of $875.00, in relation to other transactions described herein and others between PHAM and customers, I believe "half," in this transaction is a half of an ounce, or approximately 14.17 grams. PHAM continued the conversation with a text message of a partial photo of USPS Priority Mail receipt, showing the tracking number, Claremore, Oklahoma, and expected delivery date of March 20, 2024. That same day, CashApp records indicate PHAM was paid $875.00 by YANG.

79. On April 22, 2024, PHAM appeared to send another half ounce of cocaine to YANG, at his request. Another USPS receipt photo was texted to YANG. The following day, PHAM texted, "Thanks fizzo". CashApp records indicate on April 23, 2024, YANG sent a payment of $560.00 to PHAM.

80. On August 28, 2024, YANG appeared to be in Fitchburg, Massachusetts, when he requested a half ounce from PHAM. PHAM agreed and the two men appeared to meet in person in Leominster, Massachusetts, evidenced by PHAM texting, "Here" and no other text messages exchanged on this date.

81. On September 2, 2024, PHAM texted YANG, "Ty fizzo". CashApp records revealed this was in response to a payment YANG send to PHAM of $250.00, based on the amount, I believe YANG paid approximately $300.00 in cash on the date of the transaction. CashApp records noted this payment, and a subsequent payment a week later on September 9, 2024 (for $550.00 in exchange for another half ounce of cocaine), were paid to INFINITE PAINTING LLC.

82.     The next transaction appeared to be on July 12, 2024, when YANG texted PHAM, "May need some soon half and half again." PHAM agreed and the following day, he sent a photo of a USPS receipt indicating a tracking number, destination of Claremore, Oklahoma, total weight of 3,8 ounces, expected delivery date of July 15, 2024, and cost to ship of $10.40, paid for by an American Express credit card ending in 3004.  American Express records corroborate the charge, revealing it took place at a USPS kiosk in Leominster, Massachusetts.

83.     I believe PHAM regularly uses USPS self-service kiosks to mail controlled substances to customers to avoid interactions with USPS personnel, which might include questions, specifically about different return address names PHAM commonly uses on packages. After sending the photo of the USPS receipt, PHAM texted YANG, "550 and 300," followed by "850 total."  Later that day, CashApp records show YANG paid PHAM $850.00, and PHAM acknowledged the payment from YANG with a text message of thanks.

84.     PHAM continued to send packages to YANG after his CashApp was shut down in late September 2024.  YANG appeared to have switched to paying PHAM through Apple Pay.  On December 14, 2024, YANG paid PHAM $275.00 for a half ounce of MDMA that PHAM mailed on November 11, 2024.

85.     On January 13, 2025, PHAM sent a photo of a USPS receipt as YANG had requested "half of each" on January 8, 2025.  PHAM provides YANG a price of $825.00.  Apple Pay records show a payment of $500.00 from YANG to PHAM on January 25, 2025.  On or about that same date, PHAM acknowledges the payment, and updates YANG's open tab with a text message reading, "-325".  On February 15, 2025, YANG sends an Apple Pay payment of $325.00 to PHAM, who acknowledges the payment in a text message thanking YANG.

86.     On August 18, 2025, agents applied for a federal search warrant to authorize the search of a USPS package connected to PHAM. The Court subsequently issued the search warrants, and on August 20, 2025, the parcel was opened and its contents searched.  Agents recovered one tied plastic bag containing a chunk of a white powdery substance and one tied plastic bag containing an off-white or grayish crystal-like substance.  Subsequent testing revealed these substances as cocaine and MDMA, respectively.

87.     The package, mailed from the Leominster Post Office, located at 68 Main Street, Leominster, Massachusetts.  Images from the Post Office's Self Service Kiosk, revealed PHAM conducting the transaction to pay for postage of the package, included below:



88.     As shown, the photos depict PHAM in a gray ballcap and shirt bearing the INFINITE PAINTING name and logo.  Agents observed PHAM wearing INFINITE PAINTING labeled clothing on multiple occasions, none of which were at job sites or locations where PHAM appeared to have anything to do with painting.

89.     The package, containing approximately 45.3 grams of powder cocaine and 45.3 grams of MDMA, a.k.a. molly, was intercepted by agents before it was mailed to its destination, 2006 S Cherokee Place, Claremore, Oklahoma, 74019.  The package was addressed to "Henry Nguyen."  I know, and text messages from the Apple iCloud return confirm, the address belongs to YANG.

## II.    MONEY LAUNDERING CONSPIRACY

90.    PHAM supplied distribution-level quantities of various controlled substances to his co-conspirators for resale in Massachusetts, Florida, Hawaii, and New Jersey.  Their relationships span several months and, in some cases, years.  His co-conspirators, who purchased various controlled substances for further distribution to their customers, paid their drug debts to PHAM by making payments disguised as painting supplies and other painting business-related expenses or projects.  In this way, PHAM and his co-conspirators utilized INFINITE PAINTING to conceal his drug proceeds.

91.    PHAM's drug customers had open accounts to service their ongoing business relationships. Throughout the conspiracy, PHAM frequently updated his co-conspirators with their current tabs via text message.  When the drugs supplied from PHAM were resold, more drugs were ordered and purchased from PHAM at varying intervals.  PHAM co-conspirators, all narcotics traffickers, paid PHAM with drug proceeds for the next round of drugs.

92.    As set out herein, this money laundering conspiracy was accomplished through various means, but each co-conspirator disguised existing drug proceeds for the purchase of additional drug quantities by using INFINITE PAINTING, LLC's name and bank accounts to conceal their illegal drug activity by calling it payment for fictitious painting work.

93.    INFINITE PAINTING maintains three bank accounts known to agents: (i) an account opened at Wells Fargo ending in 6706 ("WF-6706"); (ii) a main operating account ending

in 5851 at Rollstone Bank & Trust ("RBT-5851"); and (iii) a credit union account ending in 7433 at Webster First Credit Union.[23]

### A. *WF-6706 Records*

94.     On or about February 10, 2022, PHAM opened the WF-6706 account at the Wells Fargo branch in Renton, Washington.  The account was opened with a name and mailing address of Infinite Painting LLC, 8426 S 117th Pl., Seattle, WA 98178, and a cash deposit of $1,000.  From its opening deposit through February 2026, the WF-6706 account did not appear to have any painting business receipts or expenses.  For example, while reviewing the account, agents noticed a lack of items such as checks deposited or direct deposits from customers, expenses including canceled checks or debit purchases from hardware, painting or similar vendors.  Also, the account contained no debits for payroll, insurance, or any additional overhead costs.

95.     Instead, WF-6706 is sparingly used with activity comprised primarily of round dollar cash deposits (usually through Automatic Teller Machines (ATMs)) in Washington or California, ATM withdrawals, and bank fees.  Thus, the account does not appear to serve any business purpose, instead it is an account PHAM can access when traveling.

### B.    *RBT-8581 Records*

96.     According to RBT records, PHAM opened RBT-8581 in the name of Infinite Painting LLC, 16 Ash Street, Gardner, Massachusetts on or about December 30, 2020, with sole

---

[23] The Webster First Credit Union account is primarily a loan account for INFINITE PAINTING's Ford Transit van. In 2021 the account appears to have been used as a deposit account, with approximately $7,000 in cash deposited into the account.  All these funds were debited from the account to service the loan on INFINITE PAINTING's Ford Transit van. In January 2022, the payments for the loan begin to be debited from the RBT-5851 account monthly. After this change, this Webster First Credit Union account no longer received any deposits.

signatory authority. A review of the RBT-8581 bank records from January 1, 2021, through February 28, 2026, revealed the account was typically funded by cash and check deposits totaling approximately $402,500 and $368,600, respectively.

97.     Included in the total checks deposited of $368,600, twenty-three checks were payable to INFINITE PAINTING, from GODFREY (a real estate investor), comprising a total of $96,500 or approximately 26%. Text messages between GODFREY and PHAM indicate nearly all this money is payment for drug transactions disguised as painting work between PHAM and GODFREY, except for two loans paid back with interest, $8,800 and $11,000 respectively (totaling $19,800). I have summarized the check and cash deposits to RBT-8581 below:

| RBT-8581 | 2021 | | 2022 | | 2023 | | 2024 | | 2025 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Deposits | $ 88,994.50 | | $ 104,090.00 | | $ 190,163.65 | | $ 207,867.28 | | $ 158,167.78 | |
| Cash Deposits | $ 43,650.00 | 49.0% | $ 87,990.00 | 84.5% | $ 75,940.00 | 40% | $ 112,500.00 | 54.1% | $ 65,260.00 | 41.3% |
| Check Deposits | $ 45,344.50 | A 51.0% | $ 16,100.00 | B 15.5% | $ 114,223.65 | C 60.1% | $ 95,367.28 | D 45.9% | $ 92,907.78 | E 58.7% |

A Includes two (2) checks from GODFREY ($3,300) and two checks from known drug customers totaling $11,100, as well as a $21,265 Treasurer's Check from DCU deposited two weeks after $20,000 was withdrawn from RBT-8581.

B Consists of four (4) checks from GODFREY ($5,400, $3,800, $4,500, & $2,400).

C Includes eleven (10) checks totaling $48,050 from GODFREY; as well as six (6) other checks from known or suspected drug customers totaling $13,100.

D Includes six (6) checks totaling $26,050 from GODFREY; as well as two (2) additional checks from suspected drug customers totaling $3,960.

E Includes one check from GODFREY for $3,000; as well as five (5) additional checks from suspected drug customers totaling $18,150.

98.     On April 19, 2024, PHAM and GODFREY discussed meeting, and GODFREY asked PHAM for a list of what PHAM had available for sale. GODFREY requested five pounds of marijuana and he asked PHAM to deliver it to "45 Barre Rd." PHAM replied, "30 mins," and GODFREY texted, "Ok. Put it in a bag and drop it in my truck. Check on seat."

99.     PHAM thanked GODFREY and told him there are two pounds of each, adding, "Didn't have a third triple burger [a strain of marijuana]." In response, GODFREY sent a photo

of the righthand side of a check, visible in the photo is the check number, 295, date, April 20, 2024, amount of $4,900.00, and GODFREY's signature.  In response, PHAM sent a detailed summary of charges to GODFREY:

PHAM: 19790

+2600 for last job
+150 for heaters
+130 for materials that Tyler bought
+400 for two days and a half day of mudding
+3800 for the 4 packs I just dropped off
-4900 for the check you just gave me

100.    PHAM sent GODFREY another text, "If you can knock that tab off soon I'd appreciate it brother." GODFREY replied, "ASAP," and PHAM utilized Apple iMessages feature to "love" GODFREY's "ASAP" text.  PHAM texted, "-21970 is the tab" to which GODFREY replied, "Ok."  GODFREY asked PHAM, "Did you leave 5[?]" to which PHAM replied, "I left 4." GODFREY texted, "I need another one," to which PHAM responded, "Ok I'll see what I have left when I get back home tonight."  GODFREY then texted, "Hence 4900."[24]

101.    On April 20, 2024, PHAM asked GODFREY, "Can you leave a 5 star review on thumbtack [a website for painters and other contractors to advertise services] for me brother and I'll shave $200 on the tab[?]" GODFREY agreed to, saying "Yup."

---

[24]Records for RBT-8581 indicate on April 22, 2024, PHAM deposited check number 295 from GODFREY's FID-3243 account, made payable to Infinite Painting, in the amount of $4,900.00, with the memo line, "407 South Rd."

102.    On July 11, 2024, PHAM and GODFREY exchanged text messages about a meeting the following day for PHAM to deliver GODFREY's controlled substances.  On July 12, 2024, GODFREY instructed PHAM to come to GODFREY's house in Phillipston, Massachusetts and, "Leave in my truck."   PHAM agreed and asked GODFREY, "Are you cashing out?" GODFREY replied, "Yes. I'll leave you $".  PHAM replied, "Dope," followed by "Appreciate it brother," then he sends GODFREY a text stating, "-21070 is the tab. Sending it so I don't have to scroll" then, "Be at your place in 20-25 mins."

103.    GODFREY replied to PHAM, "I can take care of today's thing.  I'm closing on August 5.  I will take care of most of it then."  Approximately twenty-two minutes later, PHAM texted, "All set" and GODFREY replied with a "thumbs up" emoticon.

104.    Records for RBT-8581 indicated on July 12, 2024, PHAM deposited check number 236, dated July 12, 2024, from GODFREY's Fidelity Cooperative Bank account ending in 3243. Check 236 was made payable to INFINITE PAINTING, in the amount of $4,300.00.  The memo line of the check read, "407 S. Rd."  Based on my review of this conversation between PHAM and GODFREY, which was consistent with other conversations related to drug transactions, I believe PHAM delivered marijuana to GODFREY, leaving it in GODFREY's parked truck outside of his house, and GODFREY left a check for PHAM, payable to INFINITE PAINTING, and PHAM deposited the check into RBT-8581.  GODFREY stated the payment is for "today's thing" which prior text messages indicate represent three pounds of marijuana and 100 THC vape cartridges, not painting work at "407 S. Rd."

105.    On September 21, 2024, PHAM texted GODFREY inquiring about his availability and GODFREY replied, "Stop by anytime."  After PHAM estimated it will take thirty to forty minutes, GODFREY replied, "Drop it in the red car."  PHAM replied, "Ok. Are you cashing these

36

out or am I adding it to the tab?"  GODFREY appeared to have not replied to PHAM's question by the time PHAM arrived to deliver the drugs.  PHAM texted, "Floating you 3 more packs.  I'll add it to the tab and whatever you don't get rid of I'll take back," then texted the tab of "-12070."  PHAM later retrieved these "packs" form GODFREY on October 4, 2024, relieving the debt to $9,070.

106.    On November 25, 2024, GODFREY texted PHAM asking if PHAM had any more Equinox "shrooms" for sale because "[p]eople liked the [E]quinox."[25]  PHAM responded that he could "get more [E]quinox but it'll be a couple of weeks" because it is in Seattle.[26]

107.    On December 4, 2024, PHAM arranged with GODFREY to leave several pounds of marijuana in his car.  Before arriving, PHAM texted GODFREY that the "current tab is at -9070," and "Was curious when you can shave some of that off."  GODFREY responded, "I'll take care of this now," and "As soon as I sell something."  Later, GODFREY texted PHAM inquiring about his current stock of marijuana, looking to buy a pound of a quality matching the $800 range as GODFREY was "opening up a door to future business."  GODFREY texted PHAM, "Drop it in my car.  There's $1900 there."  On that same date, PHAM deposited $1,900.00 cash, in one of two separate deposits at a DCU ATM in Fitchburg, Massachusetts.

108.    On December 6, 2024, GODFREY texted PHAM, "There's an envelope in the backpack.  Leave those in the backpack."  PHAM acknowledged, "Copy," and "All set," and then updated GODFREY's rolling tab: "-9070" and "Platinums 3x800."  GODFREY responded, "Ok.

---

[25] I know from my training and experience that shrooms to be Psilocybin mushrooms, or psilocybin-containing mushrooms.

[26] In the meantime, PHAM offered to sell GODFREY another strain, "penis envy," for $650 per pound.  It is unclear from the text conversation if this sale was completed or not.

I'll take care of those three on Monday when I see him." From the context of the text thread, I understand GODFREY to mean that he will pay PHAM when GODFREY is able to complete a drug sale.

109.   On January 26, 2025, PHAM texted GODFREY, " $3k for the job in Shirley. If you can pay me cash I can do it cheaper because I wouldn't have to pay taxes."

110.   Based on the evidence presented above, there is probable cause to believe that GODFREY engaged in numerous transactions with PHAM to conceal the nature of the payments to PHAM as payments made by check directly to INFINITE PAINTING for painting services or expenses, where the payment was for the purchase of controlled substances intended for resale.

### C.   *No-Show Employee*

111.   PHAM agreed to put RAMOS on the payroll of INFINITE PAINTING so RAMOS could receive a regular full-time paycheck, with taxes and other deductions taken from the gross pay. This agreement was made so that RAMOS has the appearance of full-time employment. PHAM paid RAMOS $30.00 per hour, for forty hours each week ($1,200 in gross pay). In return, RAMOS paid PHAM $1,250.00 in cash to compensate PHAM for the check.

112.   RAMOS did not actually work for PHAM. For example, on April 1, 2024, RAMOS texted PHAM, "Yoyo what's the address for the company[?]" followed by "Im trading in my whip [slang for car]." PHAM replied with INFINITE PAINTING's address, "47 Ashby Road Fitchburg, MA." On May 16, 2024, RAMOS texted PHAM, "What's the address for the infinite painting[?]" then "got it nevermind."

113.   A review of records revealed that RAMOS began receiving weekly direct deposits into his DCU bank account ending in 1682, on or around December 8, 2023.

114.    On January 17, 2024, RAMOS asked PHAM for his CashApp information, and PHAM sent a screenshot of a CashApp account QR code for Cashtag $hairolla978.[27] CashApp records indicate that on January 17, 2024, PHAM's CashApp received a payment of $1,000.00, with the memo of "rent," from "Scorpio J. Ramos."

115.    Further evidence of this agreement where RAMOS paid PHAM through CashApp and other means to compensate PHAM for an INFINITE PAINTING direct deposit, occurred on January 29, 2024.  PHAM texted RAMOS asking to meet up to take care of "last weeks check." RAMOS responded, "Yeah my bad bro I was knocked out I worked 12 hours but I got you gimme hour." Approximately eighty-four minutes later, RAMOS texted PHAM, "My girl sent 1195 gimme few I'll send u the difference I still haven't left the crib I'm beat," followed by a text reading, "155."  CashApp records indicate on January 29, 2024, PHAM received a transfer of $1,195.00 from "Maria B," with the memo "rent."  Review of RAMOS' DCU bank account ending in 1682 indicates that RAMOS sent multiple payments to a Maria B, including one on January 29, 2024, in the amount of $1,195.00.  The following day, on January 30, 2024, RAMOS texted PHAM, "sent u that 115".  CashApp records indicate PHAM received a transfer of $155.00 from RAMOS on January 30, 2024, with the memo "rent."

116.    Throughout 2024, PHAM and RAMOS continued this arrangement with twenty-one CashApp transfers from RAMOS and "Maria B," with various memos including "rent," as previously indicated, as well as "electric bill," "gas bill," "paint supplies," "tree removal," and, on multiple occasions, "check" or an emoticon of a checkmark.

---

[27] CashApp records indicate $hairolla978, account token "C_0y2a91m1g" belongs to PHAM, with name, social security number, date of birth, phone number and address all corresponding to PHAM.

117.   Throughout the same period, PHAM and RAMOS exchanged numerous texts messages where PHAM requested RAMOS to reimburse PHAM for the weekly check.  For example, on February 3, 2024, PHAM texted RAMOS: "tryna link for yesterdays pay" followed by "or if you wanna cashapp it to me.  Whatever is easier."  On February 17, 2024, PHAM texted RAMOS: "I'm back in town brother. If I can see you before Tuesday for yesterdays check I'd appreciate it."  On February 27, 2024, PHAM texted RAMOS: "Got 240. 310 left for last weeks check."[28]

118.   Corresponding with these check payments, PHAM texted payroll information to an employee for his accountant.  On the following dates, he texted indicating RAMOS had worked forty hours for the week in 2024: February 3; February 11; February 17; February 26; and continuing almost every week until May 2024.

119.   Agents reviewed RAMOS' DCU account ending in 1682, and the monthly statements revealed RAMOS received weekly direct deposits from INFINITE PAINTING beginning in December 2023 through January 2025.

120.   In addition to these text messages about RAMOS reimbursing PHAM for the weekly paycheck, PHAM and RAMOS also frequently discussed and arranged to meet for the delivery and payment of controlled substances. For example, February 9, 2024, RAMOS texted PHAM, "Ok I'll grab a Gelato cake if it's nice fasho  I'm a grab ur bread now but I gotta see a few people then I can link you."  I understand RAMOS to mean that he has to collect for drugs he had previously sold to other individuals to collect the proceeds to give to PHAM.

---

[28] CashApp records revealed that RAMOS sent PHAM $240.00 on the same date.

121.    Based on the evidence described above, there is probable cause to believe that PHAM and RAMOS conspired to arrange for regular direct deposits to RAMOS from INFINITE PAINTING, to give RAMOS the appearance of having full time employment, and in exchange, RAMOS paid PHAM with proceeds from the sale of controlled substances.

### D.    *Peer-to-Peer Apps to conceal his drug proceeds*

122.    Peer-to-Peer payment applications, such as CashApp, Venmo, and Zelle, allow users to include memos or descriptions with their electronic payments or transfers.  Although PHAM owned and operated INFINITE PAINTING, with bank accounts named in the business name, a significant number of payments using peer-to-peer payment applications were received by PHAM from January 2020 through February 2026, with memos indicating "painting" or another reference to painting related expenses, like "supplies" or "paint."

123.    PHAM opened his CashApp, account token "C_0y2a91m1g", on or about January 4, 2024.  The initial "Display Name" PHAM indicated for his account was "Hai Pham," created on the date of the account's inception.  On September 18, 2024, PHAM changed the "Display Name" to "INFINITE PAINTING LLC." Also at the account's creation date, PHAM linked two payment sources, debit cards from DCU and Wells Fargo, and one bank account, DCU ending in 7414.  No other bank accounts were added for CashApp transfers.

124.    However, PHAM's peer-to-peer application accounts were not linked to INFINITE PAINTING's known bank accounts at Rollstone Bank & Trust, Wells Fargo, or Webster First Credit Union.  Instead they were linked to PHAM's closed account at TD Bank and current bank account at DCU.  Furthermore, text message conversations between PHAM and known narcotics customers (some set out below) indicate peer-to-peer transactions with memos referring to painting

are concealing the true nature of the transactions where the funds are proceeds from the sale of controlled substances.

### 1. *Giovan "Gio" COLON a.k.a. "Gspot"*

125.    COLON resides in Kissimmee, Florida.  COLON purchased narcotics from PHAM beginning in June 2024, according to text messages reviewed from the iCloud search warrant. Typically, COLON and PHAM discussed various substances and then PHAM would box COLON's order up and mail it either directly to COLON, or to an addresses connected to COLON. PHAM would include (in a text message) a photo of the USPS receipt with the packages' tracking numbers.

126.    For example, on June 6, 2024, PHAM and COLON had a text exchange suggesting that they were reconnecting after a long period of time.  Shortly after catching up, PHAM reached out to COLON to see if COLON wanted to deal marijuana for PHAM.  PHAM texted a list of menu items, telling COLON that "There's a new list every week," and "I'll start you with one or two just give me an addy I can send to." COLON responded, "Giovan Colon 202 chadworth Dr Kissimmee FL 34758."  PHAM responded, "I won't use your name," "Just need the address," "Which ones you want me to send?"  PHAM and COLON continued to discuss which strains PHAM would send, and PHAM asked, "How long would it take for you to square on packs?" and PHAM asked "You have cashapp and Venmo?"

127.    On June 7, 2024, PHAM sent COLON a copy of a USPS receipt with the following information: sent to Kissimmee, FL 34758, weighing 3lb 5.2oz, ETA of 6/10/2024, and a tracking number.  PHAM texted COLON, "Runtz 1000 OG 1000," then "Sent those two for packs." COLON replied with the salute emoji, the 100% emoji, and the hands together praying emoji,

"Let's get to work!! (3 arm flex emojis and 3 rocket ship emojis)".  On June 10, 2024, COLON acknowledged the receipt of the package.

128.    On June 17, 2024, COLON texted PHAM, "That's your cash app?" and sent a picture of his CashApp app open on his phone with the phone number "9784136360" in the "To" search bar and the name "Hai Pham" shown below it with the username "$hairolla978." PHAM replied, "Yes sir," then COLON texted, "Bet," "I'm just waiting on a couple payments for the rest playa."

129.    A review of CashApp records indicate PHAM received three CashApp payments on June 17, 2024, from three separate senders named "Gspot," and two other individuals known to agents, PHET and another individual, "A.C.," as such, "Gspot" was identified as COLON's CashApp Cashtag.  The June 17, 2024, payment from COLON to PHAM was $1,500.00, with the memo "house repaint."

130.    The following day, June 18, 2024, COLON texted PHAM, "I'm sending the rest of what I'm down later today when I go collect."  Prior to this text, PHAM had texted another photo of a receipt for a new package mailed to COLON, and immediately after sending the receipt with tracking information, PHAM texted COLON, "-2450," which, based on my review of other conversations within the iCloud warrant return, some of which are summarized herein, I know to represent a debt, or open "tab" owed to PHAM from COLON, of $2,450.00.

131.    Later that same day, June 18, 2024, CashApp records indicate PHAM received another transfer from "Gspot," in the amount of $500.00, with the memo line, "kitchen renovation."  After receiving the payment, PHAM texted COLON, "-1950," indicating a decrease in the previous debt, and confirming the identity of "Gspot" as COLON.

132.    On June 29, 2024, COLON texted PHAM, "Ima see what I can collect and send you a payment tomorrow playa.. this week was a lil slow.. but we still moving (salute emoji)." The following day, on June 30, 2024, COLON sent PHAM $1,250.00 on cashapp with the memo "bedrooms painting."

133.    Including the three payments summarized above, COLON sent PHAM eleven CashApp transfers from June 17, 2024, through PHAM's CashApp account's closure late September 2024, for a total of $19,190.00.  Each of these payments includes a memo concealing the nature of the payment, almost all of which including "painting."  See the table below:

| Date | Time (UTC) | Sender | Amount | Memo |
|---|---|---|---|---|
| 6/17/2024 | 7:06:49 PM | Gspot | $ 1,500.00 | house repaint |
| 6/18/2024 | 10:11:54 PM | Gspot | $ 500.00 | kitchen renovation |
| 6/30/2024 | 11:14:51 PM | Gspot | $ 1,250.00 | bedrooms painting |
| 7/5/2024 | 4:38:34 AM | Gspot | $ 700.00 | living room/ bedroom painting |
| 7/16/2024 | 8:37:46 PM | Gspot | $ 900.00 | garage remodel/painting |
| 7/24/2024 | 9:43:16 PM | Gspot | $ 1,300.00 | kids bedroom painting |
| 8/1/2024 | 7:43:15 PM | Gspot | $ 1,290.00 | patio remodel/ Painting |
| 8/21/2024 | 8:19:18 PM | Gspot | $ 3,550.00 | Shed repainting, inside remodel, |
| 8/31/2024 | 4:40:36 PM | Gspot | $ 3,500.00 | house/garage painting |
| 9/11/2024 | 5:27:08 PM | Gspot | $ 2,800.00 | truck painting |
| 9/21/2024 | 9:30:23 PM | Gspot | $ 1,900.00 | air bnb house painting |

134.    PHAM extended credit to most customers, including COLON.  As a result, payments do not typically align directly with transactions.  Below is a list of transactions summarized by shipment from PHAM to COLON from June 2024 through September 2024:

| Date | Package Weight | Tracking Number | Contents | Content Weight | Delivery Date | Approx. Value |
|---|---|---|---|---|---|---|
| 6/7/2024 | 3lb 5.2oz | 9505 5067 1126 4159 4807 03 | Marijuana | 2 lbs | 6/10/2024 | $  2,000.00 |
| 6/18/2024 | 3lb 12.64oz | 9505 5066 9041 4170 3296 68 | Marijuana | 2 lbs. 2oz (wax) | 6/21/2024 | $  1,950.00 |
| 7/8/2024 | 7lb .76oz | 9534 6065 8781 4190 0502 25 | Marijuana | 3 lbs | 7/13/2024 | $  3,600.00 |
| 7/9/2024 | 7lb 10oz | 9505 5066 9041 4191 3312 68 | THC Cartridges | 70 total | 7/15/2024 | $  200.00 |

| 7/29/2024 | 10 lb | 9505 5066 9041 4211 3327 56 | Cocaine, Adderall and Vape Cartridges | Cocaine – 113g 500 adderall pills 80 vapes | 8/6/2024 | $ 5,140.00 |
|---|---|---|---|---|---|---|
| 8/3/2024 | 6lb 13.5oz | 9505 5147 0810 4216 2652 81 | Marijuana | 3 lbs | N/A | $ 2,800.00 |
| 8/8/2024 | N/A | 9505 5126 9591 4221 9580 46 | Marijuana | 2 lbs | 8/12/2024 | $ 2,300.00 |
| 8/27/2024 | 6lb 11.5oz | 9505 5131 9398 4240 3553 04 | Marijuana | 2 lbs | 8/30/2024 | $ 1,800.00 |
| 9/4/2024 | 5lb 14.26oz | 9505 5066 9041 4248 3357 51 | Cocaine, THC Cartridges, and Samples | Cocaine - 342g 50 Cartridges Unknown Samples | 9/6/2024 | $ 8,650.00 |

135.    On July 27, 2024, PHAM texted COLON, "I can send something Monday or Tuesday. $850 a zip if that works for you."  COLON replied, "I'm used to 6/650 for a zip… is there anyway if I get 4 and a baby it'll be different?  Just wondering.. ima work with whatever I can get to be real.."  I know, based on training and experience, "zip" is a common drug term for an ounce, and the pricing discussed is consistent with cocaine, of $20-$30 per gram.

136.    PHAM replied to COLON, "There's risk sending it," followed by, "I can match 650 a zip if you grab 5-6 zips," then, "I appreciate you being fast with paying.  It's the risk sending it. Profit margin isn't high enough to take a loss," then PHAM concluded, "I'll send 4 at 650 a zip each."

137.    PHAM next sent COLON two images of packaged circular tablets, white tablets marked "OC" and "10" in one photo, then yellow-ish tablets marked "40" and "OC" in the second photo.  I believe the white tablets are OxyContin 10 milligram pills, and the yellow tablets are OxyContin 40 milligram pills.  PHAM added, "I have press ads in hand too," which I believe represents him offering COLON pressed, or counterfeit Adderall pills in addition to the OxyContin.

138.    COLON replied, "Yea definitely can make moves with these for sure."  The conversation continued with discussions on pricing, and concluded with PHAM texting, "I'll send

45

4 zips and 500 ads," then, "500 ads at $3 each."  After some additional questions and negotiation, COLON replied, "Ight we locked in."

139.    On July 29, 2024, PHAM sent COLON an image of a USPS receipt from Leominster, Massachusetts destined for Kissimmee, Florida, weighing ten pounds, expected delivery date of August 1, 2024, with a tracking number, followed by a text message detailing COLON's open debt, "Old tab 1290, ad 3x500 =1500, Zips 4x650= 2600, Carts 80x13=1040, Total tab = 6430."

140.    Before the package including cocaine and pressed Adderall pills arrived to COLON, both COLON and PHAM became suspicious due to the tracking activity they observed through the USPS website.

141.    On August 3, 2024, COLON asked PHAM via text, "Just wondering is it ok they paid with credit card to ship that," referring to the delayed parcel and that the receipt PHAM sent an image of indicated it was paid with a Visa card.  PHAM replied, "I used a prepaid Visa card to ship the last one," then added, "There's no name attached to the card." Based on my training and experience, I believe PHAM deliberately purchased prepaid cards to pay for shipping costs to prevent being identified as the sender of parcels containing controlled substances.

142.    PHAM also commented, both prior to this exchange, and again on August 5, 2024, that he did not address the package to COLON in his name.  On August 5, 2024, PHAM texted COLON that another package, which appears to be held at the local post-office for pick-up, is addressed to "Trang Nguyen," adding that  "It happened to my boy in Hawaii and everything ended being all good."

143.     On September 2, 2024, COLON texted PHAM, "Just need you to make it freeze out here again with another 4. While I work on clearing out the rest of this new tab of flower, once

I get alil lower I'll need more flavors".  PHAM agreed to send "4 zips."  Without further discussion of quantities or price, on September 4, 2024, PHAM texted COLON, "I'm gonna send 342g" followed by, "At $23.5 a g", then, "Comes to $658 a zip", then, "It'll be 8k even so basically $655 a zip you're paying," then he added multiple texts about also sending THC cartridges and samples of different things.  PHAM then sent COLON an image of a USPS receipt dated September 4, 2024, sent from Leominster destined for Kissimmee with a tracking number. COLON confirmed receipt of the package on September 6, 2024.

144.    Based on the evidence presented above, there is probable cause to believe that COLON engaged in at least, but not limited to, eleven transactions with PHAM to conceal the nature of the payments to PHAM as payments for painting services or expenses, that were for the purchase of controlled substances intended for resale.

### 2.    *Gary BOUCHER*

145.    BOUCHER resides in Shirley, Massachusetts. He is a frequent purchaser of cocaine from both PHAM and BREAULT.  Agents observed at least one suspected drug transaction occur between PHAM and BOUCHER,[29] and text communications obtained through an iCloud search warrant indicate BOUCHER is one of PHAM and BREALT's most frequent cocaine customers.

146.    From February 24, 2021, through September 28, 2024, BOUCHER successfully sent one hundred sixteen (116) Venmo payments to PHAM, for a total of $31,214.00.  Based on a review of other peer-to-peer applications, including Apple Pay and Zelle, BOUCHER does not

---

[29] On November 26, 2024, at approximately 8:03 a.m., agents observed as a vehicle operated by BOUCHER parked next to PHAM's vehicle, in a Home Depot parking lot in Leominster, Massachusetts.  Moments later, PHAM exited his vehicle and was observed removing his right hand from his sweatshirt pocket, inserting it through the driver window of the vehicle occupied by BOUCHER, consistent with a hand-to-hand transaction, then return to his vehicle.  The two vehicles departed the parking lot moments later.

appear to pay PHAM electronically after PHAM's Venmo account is shut down, around the end of September 2024.

147.    BOUCHER indicated various memo items related to payments, many of which I know to be code for narcotics, such as "gas," "work," "stuff," and "yo."  In addition to these memos, BOUCHER specifically labeled fourteen payments with memos related to, or directly indicating, painting.

148.    On February 13, 2024, PHAM's Venmo account received a transfer of $600.00, from BOUCHER, with the memo "Bedroom painting."  On the same date, consistent with PHAM's text messages to BREAULT, PHAM transferred $40.00 through CashApp to "Kelly," who I believe to be Kelly BREAULT.[30]  Further review of text messages between PHAM and BREAULT regarding BOUCHER, revealed PHAM charges almost double to BOUCHER for an eightball of cocaine.  BREAULT texted PHAM, "Why did Gary give me 300," to which PHAM replied, "That's what I charge him."

149.    Typically, BOUCHER and PHAM have brief conversations through text messages multiple times per week.  PHAM seemed to allow BOUCHER to extend some credit, but BOUCHER typically paid PHAM on or around the same date as cocaine deals.  For example, on January 3, 2024, BOUCHER and PHAM text arranging to meet one another at Home Depot. BOUCHER confirmed to PHAM, "Here," and PHAM replied, "Few mins away."  Later, PHAM texted BOUCHER his debt amount, "-550"; then later on that same date, PHAM updated the debt,

---

[30] PHAM texted BREAULT about leaving "stuff" in her house for specified customers "[i]n two envelops below the tv.  Gary needs 1."  PHAM added, in another text message, "There's 3 In one of the envelopes. Those are the good ones."  PHAM later texted BREAULT, "Write down all the transactions like you been doing. It's easier to keep track that way." *See,* ¶ 13.

texting, "-300." Venmo records indicate on January 3, 2024, BOUCHER sent PHAM $250.00, with the memo note, "Sip." This transaction corresponds to the reduction in debt represented in PHAM's text message to BOUCHER.

150.   Once again, on January 8, 2024, BOUCHER and PHAM discussed a meeting, and, after the meeting appears to occur, PHAM texted, "-600," an increase in debt of $300.00. Based on this increase, I believe BOUCHER purchased an eightball of cocaine. I know this because PHAM typically explained to BREAULT he charges BOUCHER $300.00 each.

151.   On February 8, 2024, BOUCHER texted PHAM, "I'm sending you money." After PHAM replied, "Ok," BOUCHER continued, "Let her [meaning BREAULT] know I want a half it's for my buddy," then "I told her but not sure if she understood." PHAM replied, "She doesn't have half's made," then, "If you wanna wait til tomorrow I can get you a half." BOUCHER replied, "Its fine I'll send you 300 and I'm gonna square up with you soon my taxes are coming in." The text exchanges show that BOUCHER met in person with BREAULT for a full eightball and sent PHAM $300.00 through Venmo.

152.   On February 13, 2024, BOUCHER sent a text message to PHAM, "U around today [?]" PHAM replied, "Kelly is," referring to BREAULT. PHAM then texted BOUCHER, "I just told her to text you." BOUCHER replied to PHAM, "I'm sending you 600," and PHAM responded, "Appreciate." Also

153.   On January 18, 2025, BOUCHER texted PHAM, "you around tomorrow? I need 2 half's and I'll be in Gardner between 9:30ish after my haircut." From my training and experience, I know that when BOUCHER is seeking "two half's," rather than a full, that he may need a half packaged for resale.

154. Based on the evidence presented above, there is probable cause to believe that BOUCHER engaged in numerous transactions with PHAM and BREAULT, including at least fourteen Venmo payments where BOUCHER attempted to conceal the nature of the payments to PHAM as payments for painting services or expenses that were for the purchase of controlled substances.

### 3.    *David VEGA*

155. VEGA resides in Fitchburg, Massachusetts. He is regular customer of PHAM's and often pays PHAM using CashApp. Agents have determined VEGA's CashApp display name is "Piffboy," based on specified payments, amounts, and dates and times referred to in text message conversations between VEGA and PHAM.

156. From December 2022, through the closure of PHAM's CashApp account in late September 2024, VEGA attempted approximately seventy-four CashApp transactions, successfully paying PHAM approximately $21,105.00. Of the total amount sent from VEGA to PHAM, approximately thirty-eight transactions were labeled with "Paint" or a similar memo, for a total of approximately $12,525.00. Many of the other transactions were labeled, "phone bill" or "rent" or other similar notations.

157. VEGA sells controlled substances he purchases from PHAM. For example, On January 31, 2024, VEGA texted PHAM, "Hey brother could you drop one off for someone who want to look at it," then "Told everyone I got them on deck so they don't feel like I'm trying to

middle man it selling at the same price u giving me to sell faster," then "my buddy want to look at it asap."[31]

158.    On February 12, 2024, PHAM and VEGA exchanged text messages about meeting one another.  PHAM texted, "I'll be by in 30," and VEGA responded, "Sent you 620," followed by "Got 380 cash."   Based on a series of text messages dating back to February 9, 2024, I believe VEGA has requested PHAM drop off one pound of marijuana known as "icc" or "ice cream cake" for $1,000.00.   CashApp records indicate PHAM received a transfer of $620.00 on February 12, 2024, from Piffboy; the memo line included in the payment stated, "paint."

159.    From February 18, 2024, through February 28, 2024, VEGA requested multiple "packs" or pounds of marijuana from PHAM, although PHAM appeared to be out of town.[32] PHAM texted VEGA he planned to leave the product with his "baby momma" who agents know to be BREAULT.  VEGA texted PHAM indicating VEGA had multiple customers awaiting the product VEGA intended to purchase from PHAM for resale.  VEGA requested BREAULT's phone number to coordinate a meeting for a $1,000 "pack," then he texted PHAM  that he sent $905.00.  CashApp records corroborate that on February 23, 2024, Piffboy sent $905.00 to PHAM, (memo line, "Rent"), and then VEGA texted PHAM, "giving yr bm the 95," indicating he is paying the $1,000.00 in full, $905.00 through CashApp, and $95.00 in cash to BREAULT.

---

[31] In another text exchange on February 3, 2024, VEGA told PHAM, "I'll have 1900 on my way to see my boy" then "sell the last of my stuff."

[32] Travel records and other text communications indicate PHAM was in Las Vegas, Nevada during this time.

160.    On February 23, 2024, PHAM texted BREAULT, "David is gonna text you," then, "Think he want shortcake but bring both."  BREAULT replied, "Yea I just talked to him." She later texted PHAM, "How much is he giving me?" to which PHAM replied to BREAULT, "95."[33]

161.    On March 8, 2024, PHAM texted VEGA, "I have another lemon cherry gelato if you want it brother," and after discussing the price of $1,000.00, VEGA asked PHAM to hold it for him.  Then VEGA texted, "Going to send the 1k over right now."

162.    CashApp records indicate Piffboy (VEGA) sent three CashApp transfers to PHAM on March 8, 2024, all for $1,000.00, however the first two do not appear to have been "Paid Out," as the status of the transactions indicates "Recipient Invalid."  The memo lines VEGA indicated on these transactions are "Paint and material," "Paint," and then "bills."  This indicates although VEGA is paying PHAM $1,000.00 for one pound of marijuana, he disguised it as "paint" on the transaction multiple times.

163.    On July 24, 2024, PHAM texted VEGA an updated tab for what VEGA owed PHAM, "-8925."  Based on the text message conversations the debt only relates to drugs purchased from PHAM.  There is no discussion of painting, or any other services PHAM provided to VEGA. On July 26, 2024, PHAM texted VEGA, "Here," indicating that he has come to meet VEGA for a prearranged meeting to exchange drugs, presumably pound quantities of marijuana.

164.    Shortly after their meeting, PHAM texted VEGA that he has arrived, VEGA texted PHAM indicating VEGA sent PHAM $750.00.  CashApp records confirm, Piffboy sent PHAM

---

[33] On February 28, 2024, VEGA texted PHAM, "Hey brother got a question not feeling Thai [that] bud to much would I be able to swap it out Sunday[?]" PHAM agreed, and four days later on March 2, 2024, VEGA texted PHAM, "I'll be ready for tomorrow have 1k,", then, "Ended up selling some of that bud."

$750.00 on July 26, 2024, with the memo, "paint supplies." After receiving the text from VEGA, PHAM texted, "-9375" followed by, "Added 350 to the tab to make it easier," suggesting the drugs PHAM just delivered to VEGA, cost approximately $1,100.00, and VEGA paid $750.00 through CashApp, leaving $350.00 to be added to his tab.[34]

165.    Based on the evidence presented above, there is probable cause to believe that David VEGA engaged in at numerous transactions with PHAM, specifically at least thirty-five CashApp payments where VEGA attempted to conceal the nature of the payments to PHAM as payments for painting services or expenses where the payment was for the purchase of controlled substances intended for resale.

### 4.  *Frederick "Freddy" HARDY*

166.    HARDY resides in Honolulu, Hawaii and is an associate of DEEMY.  PHAM, or a designee on PHAM's behalf, typically shipped controlled substances from the continental United States to HARDY in Hawaii.  Due to his remote location, HARDY' principally used peer-to-peer apps to pay PHAM for drugs.

167.    From August 17, 2023, through August 24, 2024, HARDY successfully sent PHAM thirty-nine CashApp payments, for a total of approximately $76,790.00.  HARDY also utilized Venmo to pay PHAM, successfully sending five payments from March 2023 through June 2024, for a total of approximately $9,550.00.  After PHAM's CashApp and Venmo accounts were closed, HARDY began transferring money to PHAM using Apple Pay, successfully completing seven payments for a total of approximately $9,400.00, through April 2025.  HARDY also

---

[34] Throughout the text message exchanges, VEGA and PHAM also discuss multiple cash payments in exchange for drugs and to pay down VEGA's tab.

continued sending money to PHAM using Zelle, sending six payments for a total of $7,300.00. The total amount of payments from HARDY to PHAM, from August 2023 through March 2026, is approximately $103,000.

168.    HARDY appears to work in a painting company, CLOSE-UP PAINTING LLC, of Honolulu, Hawaii, which was incorporated in 2020 with HARDY listed as an officer.  PHAM and HARDY exchanged a series of text messages where they discussed the tax implications of using peer-to-peer applications such as CashApp and Venmo.  HARDY goes on to suggest, "We need to start sending bitcoin."  PHAM dismissed the proposal replying, "I think it's safe how we doing it."[35]

169.    On April 24, 2024, HARDY complained to PHAM, "Shit I gottta 1099 from cash app," then "For taxes over 100k (facepalm emoji) I aint even claim it gonna see how that play out haha," then "U got zelle."  PHAM replied, "Nah but I'm about to," then "Heard they don't tax on zelle."

170.    On the same day, PHAM texted HARDY, "You gonna want more soon?" then, "Going back to seattle Wednesday."  HARDY replied, "Yeah I still got a P and a half of the shit you sent me before," then, "those couple ones was just for my boy," then "I'm a be out probably in 3 to 4 days but I'm trying to grind this shit so I can pay you off, but this lick helped me out with the three I just sold him."  From my training and experience as well as the context of this text exchange, I believe that HARDY employs someone else to sell what appears to be cocaine.

---

[35] Over the course of their relationship, HARDY sent PHAM multiple payments where he indicated "Painting" or "paint" in the memo, including payments on: March 23, 2023; May 2, 2024; July 17, 2024; and August 24, 2024.  On one occasion, HARDY repeatedly tried to send payments, starting at $5,000 and decreasing in value until the payment was approved for $2,500.  Each of these attempts, as well as the successful payment were labeled with a memo, "Painting."

HARDY notes to PHAM, "Yeah, he gonna keep coming. He on a steady rotation now every two or three weeks." PHAM replied, "Whenever you ready for more let me know." HARDY responded, "I just charged him 14 so he can make his bread and it's a good deal.  It's fast money. I only making a couple dollars but it's good not complaining for one lick."

171.    On June 27, 2024, PHAM texted HARDY asking, "Did it land?"  HARDY replied, "Yeah," followed by, "I told you yesterday on Telegram," adding, "That's how Deemy used to send my packages in a big box."  I believe in this exchange PHAM asked if a parcel containing controlled substances was received by HARDY.   HARDY revealed that he and PHAM also exchange messages on an encrypted application, Telegram, commonly used to conceal the nature of illicit conversations and prevent detection from law enforcement agencies.  HARDY also revealed he had previously received packages from DEEMY.[36]

172.    On July 10, 2024, PHAM sent HARDY a text message with a photograph of a USPS receipt, from a post office in Tukwila, Washington.  The receipt information indicated a destination of Honolulu, Hawaii, package weight of approximately 9 pounds, expected delivery date of Monday, July 15, 2024, with a tracking number, and payment information of an American Express card ending in 3004 for the cost of approximately $51.00 (the image cuts off the digits after the decimal point).[37]

---

[36] On July 7, 2024, HARDY texted PHAM,  "Getting 180 a oz for that slow grind lol," then about "his boy" on Kaui, "Ima charge him 1500 each one I make 500 im happy quick flip."

[37] American Express records revealed that PHAM is the holder of multiple credit cards, including one ending in 3004.  Records for this credit card corroborate the receipt information, showing a charge of $51.95 at the USPS Post Office in Tukwila, Washington.  PHAM texted HARDY an updated tab owed, "-8650."

173.    On July 13, 2024, HARDY texted PHAM a photo of a USPS tracking log: "Aww man who sent that pack you or your roommate [?]" PHAM replied, "My roommate" and "Where is it?" HARDY replied, "Idk say forward." Then HARDY texted PHAM, "I think he fucked up on both packs cause the other in in Cali still Oakland should of been here."  This exchange confirms PHAM has other individuals, likely roommates from the Seattle, Washington area, mailing packages to customers on his behalf. As the conversation continued with HARDY, PHAM revealed that he paid this unnamed individual to send the package and is upset that the package might be lost.

174.    On July 16, 2024, HARDY texted PHAM, "Waitin on hommie to send the bread for those and I send it to u."  The following day, on July 17, 2024, HARDY sent $3,500.00 to PHAM using CashApp, with the memo line, "side job 🎨."  The emoji image is of an artist painting pallet.  That same date, PHAM texted HARDY and updated tab, "-5150".  The reduction from the July 10, 2024, tab is consistent with the CashApp payment.[38]

175.    On July 21, 2024, HARDY sent PHAM an image of a parcel with a USPS Priority Mail sticker.  The box has a return address of INFINITE PAINTING, 2124 SE 19th Street, Renton, Washington.  The address the box was shipped is cut off, but I believe it reads, Close-Up Painting, 1710 Makiki St #407, Honolulu, HI 96822, as HARDY had previously asked PHAM to confirm

---

[38] On July 17, 2024, PHAM sent HARDY a CashApp payment in the amount of $3,750.00, with the memo, "painting materials."  The text message exchange between PHAM and HARDY shows that PHAM is willing to disguise his payments using "painting" in the memo to send money as a purported business expense or receipt, when in fact the transaction is for something else (in this instance, nicotine vape cartridges according to the texts).

1.

the address on July 14, 2024. Hawaii Business Express' website, for the Department of Commerce & Consumer Affairs lists Close-Up Painting LLC's business address 1634 Nuuanu Ave #206, Honolulu, Hawaii 96817:



The box also includes a sticker from the U.S. Postal Inspection Service, stating on July 18, 2024, the parcel was examined and cleared for processing. HARDY texted PHAM that he is nervous to open it, and PHAM replied, "I'm gonna be in seattle tomorrow for a few days" followed by, "If you need packs let me know."

176.    Also on July 21, 2024, HARDY sent a photo depicting a CashApp transaction for $1,000.00 to $hairolla978. HARDY also texted, "That's a 1000 for last ones so I owe u for the 4 I got yesterday." PHAM replied with an updated tab, "-4150."[39]

---

[39] CashApp records corroborate this transaction on July 21, 2024, from HARDY to PHAM. No memo was included, but HARDY told PHAM directly it was for a previous box received, which contained drugs.

177.    On August 1, 2024, HARDY texted PHAM that he needed product, but he is nervous about receiving the packaged substances to his address.  PHAM texted HARDY, "I have a box of 3-4 packs in Seattle ready to send."  HARDY texted, "Yeah fuck it send em to me just don't put close up painting."  PHAM replied, "I'll put a random name."  PHAM concluded the discussion that date texting, "Send the bread when you can," then, "I'll send the box tomorrow."

178.    PHAM and HARDY discussed methods of concealing and protecting the illicit substances PHAM sent HARDY using the U.S. Postal Service.  PHAM mentioned he "wrapped it in a t shirt," and HARDY stated that a friend of his used to "double box them."  PHAM mentioned that he puts other non-drug related items in the box, like beef jerky.[40]  HARDY suggested wrapping the contents in gift wrapping paper, "like it's a birthday present."  PHAM responded, "I'll take the risk and fly it myself if you can move 20-30," meaning PHAM is willing to attempt to transport up to thirty pounds of product through the air transit system for HARDY.

179.     HARDY also sent PHAM a photo of the box showing two holes allowing the inside contents to be viewed from the outside, PHAM replied to the photo, "Oh shit," then,  "I really gotta protect the packs."  HARDY's ensuing discussion of the quality of the contents of the box, and PHAM's replies, lead me to believe the box contained marijuana.

180.    On August 24, 2024, PHAM initiated a conversation with HARDY, sending an updated tab amount, which had previously been $3,750, PHAM's update reads, "-2450".  On that same date, CashApp records indicate HARDY paid PHAM $1,300.00, with the memo line, "Paint." HARDY texted PHAM indicating he sent $1,300.00, but he still has two pounds left to

---

[40] Also, in a seperate text message conversation, with Gio COLON, PHAM and COLON discuss the additional contents he included in a package sent to COLON, like peanut butter and mayonnaise.

sell and he will send PHAM more money.  Also on August 24, 2024, PHAM texted HARDY, "Before I forget," followed by, "Get Zelle," then PHAM continued, "I'm not doing cashapp after September 14," then he concludes with, "They wanna charge me 2.7% for services."  HARDY dismissed Zelle because it only allows the user to send $1,000 per day.  HARDY also indicated CashApp did the same thing to him.

181.    HARDY texted PHAM, in the middle of a lengthy exchange on August 26, 2024, "Should have your bread by Friday, the latest front of my little hommie tryna teach him he payin lil every day young boy he cool tho know all the right people to make a bag," suggesting HARDY has individuals working below him selling the controlled substances HARDY purchases from PHAM.

182.    PHAM texted HARDY on August 27, 2024, "Linking up with deemy September 15," then added, "If everything is successful ima send you some bread," suggesting PHAM's relationship with DEEMY was established through HARDY, and PHAM is planning to pay tribute to HARDY for successful narcotics transactions.  HARDY described DEEMY as a "good dude" and implied he has helped HARDY previously.  HARDY also refers to DEEMY as "Cali plug." I know "plug" to be common slang among drug users and dealers as a term for a person who supplies drugs, as a connection or a source of supply.

183.    PHAM sent another receipt on September 16, 2024, followed by a text stating, "If all goes well with Deemy next week im not gonna charge you for this box."

184.    On September 15, 2024, PHAM texted HARDY, "If the packs land successfully this week im coming back in a week or two and I'll take $500 off your tab."  HARDY replied, "Yee Deemy shit always land," then HARDY adds, "He pack em crazy good."

185.    On September 27, 2024, PHAM provided HARDY with his current tab, "-5150", then later that same date, PHAM updated it as promised, "-4610", decreasing the debt owed by $540.00, tribute to HARDY because PHAM coordinated a deal with DEEMY.

186.    On October 1, 2024, HARDY texted PHAM about a cocaine transaction gone bad: "I heard what happened you can put that 500 back on the bill Only fuck with D people in Cali the safest bet instead of chasen a new in."  Based upon my review of PHAM's iCloud return, I know HARDY is referring to PHAM and DEEMY's failed transaction in New York City, on or about September 27, 2024, where PHAM and DEEMY attempted to purchase three kilograms of cocaine, but were sold packaged material that was not cocaine.

187.    Based on the evidence presented above, there is probable cause to believe that HARDY engaged in at numerous controlled substances transactions with PHAM, specifically utilizing CashApp and Venmo payments where HARDY attempted to conceal the nature of the payments to PHAM as payments for painting services or expenses, where the payments were, in fact, for the purchase of controlled substances intended for resale.

**5.    *Jose GARCIA a.k.a "Boogie"***

188.    Jose GARCIA, a.k.a. "Boogie" resides in Chicopee, Massachusetts.  Records reviewed from June 2024 through February 2026 reveal GARCIA paid PHAM electronically using peer-to-peer applications including CashApp, Apple Pay, and Zelle approximately sixty-eight times, for an approximate total of $39,000.00.

189.    Among these payments, approximately sixteen included memo notes with "paint" or "painting," or other services such as "remodel" or "supplies."  In addition to the electronic peer-to-peer payments, GARCIA and PHAM discuss cash payments for controlled substances on numerous occasions during their text exchanges.

190.     The first interaction, occurring on May 27, 2024, includes a text from GARCIA to PHAM from a phone number ending in 9553 (herein after, " the 9553 number"), asking PHAM to call him, as such not all communication exchanged between PHAM and GARCIA will be captured within the Apple iCloud warrant return.

191.     On May 30, 2024, GARCIA requested PHAM to meet GARCIA on a street in Worcester, Massachusetts, 73-79 Milton Street.  Before the meeting occured, GARCIA texted, "3250?  Total!" and PHAM replied, "Yes sir." The men appeared to meet, as PHAM directed GARCIA to his vehicle towards the end of the road.  The following day, GARCIA texted PHAM, "That pk is great."  I know from my training and experience that "pk" is likely an abbreviation for pack which, from context, I take to mean one pound of marijuana.

192.      On June 28, 2024, PHAM and GARCIA planned to meet at the same location on Milton Street in Worcester, Massachusetts. After the transaction, which appears to have been one pound of marijuana and fifty THC vape cartridges, or "carts."  PHAM sent GARCIA a text reading "-100," which suggests GARCIA paid some of the transaction in cash, as the pound cost $1,000.00 and the carts would have cost between $600.00 and $650.00.  In response to the PHAM's text with GARCIA's tab, GARCIA texted PHAM asking PHAM to request $100.00 from GARCIA on CashApp.  GARCIA advised, "$JaeMoney21 Comes up as boogie." CashApp records indicate, that same date, PHAM's CashApp received a payment of $100.00 from "Boogie," confirming the username as GARCIA's.

193.     On July 10, 2024, PHAM and GARCIA appear to meet at GARCIA's house in Indian Orchard, Massachusetts, to complete a ten-pound marijuana exchange.  Based on PHAM's text to GARCIA with the strains and prices, the transaction price was approximately $10,100.00.

There are no related peer-to-peer transactions discussed in the text messages, nor records from CashApp, Zelle, or Apple Pay. Given this, I believe GARCIA brought PHAM the money in cash.

194.    The following day, PHAM texted GARCIA, "Sent you $100 bucks for the ten-pack play," then "Showing my appreciation," then "Shits been slow but that ten play helped." I believe based on these text messages, which CashApp records corroborate, PHAM returned $100.00 to GARCIA, making the transaction an even $10,000.00. Bank account records indicate, on July 12, 2024, PHAM deposited $3,600.00 cash into INFINITE PAINTING's RBT-8581.

195.    On July 28, 2024, GARCIA asked PHAM, "Anyway I can send a band on cash app?" and PHAM replies affirmatively, then GARCIA added to his inquiry as if it might be too much to send electronically. PHAM replied, "I have a painting business," then continued, "Just put down something painting related." GARCIA replied, "1100" and PHAM updated his tab reflecting receipt of the money.

196.    CashApp records show, on July 28, 2024, PHAM received $1,100.00 from GARCIA, with the memo "interior paint job." GARCIA had previously sent two CashApp payments, neither of which had memos included, however at PHAM's direction, GARCIA added a memo related to painting to make the payment appear legitimate. On July 29, 2024, GARCIA texted PHAM, "These look better then the last grab I can off these faster."

197.    On August 5, 2024, GARCIA sent PHAM a CashApp payment for $1,600.00, with the memo line, "duplex painting n supplies." PHAM acknowledged the payment by updating the tab from $4,400.00 to $2,800.00 and thanking GARCIA.

198.    On August 14, 2024, GARCIA texted PHAM, "Trying to see who else wants what." PHAM replied, "Ok, if we square up I can leave a few with you til I get back." HARDY replied, "Ight" then, "I can square u up and I have two sold I'll only stay w 2 if u want til I'm back."

62

199.    On August 18, 2024, GARCIA texted PHAM from the 9553 number, "texted uu from the other jack."  On this same date, PHAM received a text from another phone number, ending in 9337 (herein after "9337 number"), reading "It's me jaee," then "Call me."  I know "jack" to be a slang term for phone.  This confirms GARCIA has multiple cellular phones he used to conduct illicit business.

200.    As PHAM and GARCIA continue to exchange text messages, GARCIA used the 9553 number and the 9337 number with no clear pattern as to why.  On August 29, 2024, for example, PHAM and GARCIA appear to have a single conversation exchange using both phone numbers.

201.    On September 24, 2024, GARCIA mentioned that he has to move because his cousins were not paying their rent.  During this exchange, PHAM texted, "I don't know the story behind it but either way paying up is the right thing to do."  PHAM continued, "I'm in a lease right now for an office space that I don't even use and I still pay my rent every month." Agents believe this lease PHAM refers to is the office space for INFINITE PAINTING at 47 Ashby State Road, Fitchburg, Massachusetts.  INFINITE PAINTING uses this address, but agents never witnessed PHAM at the location.  INFINITE PAINTING's van, primarily operated by a key employee of the business, was also never observed at this address.

202.    On September 30, 2024, during an exchange of text messages about GARCIA's debt owed to PHAM, GARCIA texted PHAM, "I'm collecting 1100 from the kidd on the first." GARCIA sent a photograph of another phone, presumably the 9337 number because the message is sent from the 9553 number.  The image depicts a photo and payment history over CashApp. The payments include memos, which include paint related items, as directed by PHAM:



203.    Throughout the text messages exchanged between PHAM and GARCIA, GARCIA often referred to others when determining interest in various substances offered by PHAM, indicating GARCIA intends to purchase from PHAM to resell to others, or purchase from PHAM in collaboration with others.

204.    On November 5, 2024, PHAM texted GARCIA on the 9553 number, "Might need a bird if they're still 15 to me".  GARCIA does not appear to respond to this comment on either

phone, however, I know "bird" is common slang term for a kilogram of cocaine. PHAM and GARCIA must have previously discussed the purchase of cocaine, as PHAM mentions a price, he knows GARCIA would, or previously has, given to PHAM for a kilogram of cocaine.

205. Text communications between PHAM and GARCIA on the Apple iCloud warrant return appear to cease in January 2025 for the 9337 and the 9553 numbers, however peer-to-peer payments continue through Apple Pay and Zelle through March 2026. Additionally, on February 14, 2025, agents observed PHAM drove his vehicle, to Worcester, Massachusetts, and turned onto Milton Street, and park behind a white Honda Pilot bearing Massachusetts license plates reading 2MBY76. A subsequent search of the Massachusetts Registry of Motor Vehicles records revealed the Pilot was registered to GARCIA. After parking behind the Pilot, agents witnessed as PHAM met another individual, later identified as GARCIA, outside of their vehicles on the side of Milton Street. Agents observed as PHAM handed a black duffle bag to GARCIA, who accepted the bag and returned to the driver seat of the Pilot, and left the area. PHAM also returned to his vehicle and departed the area.

206. Based on the evidence presented above, there is probable cause to believe that GARCIA engaged in numerous transactions with PHAM, specifically CashApp payments PHAM directed and GARCIA completed done to conceal the nature of the payments to PHAM as payments for painting services or expenses, where the payments were for the purchase of controlled substances intended for resale.

### 6. *James JAH*

207. As discussed in detail earlier, JAH is a resident of South River, New Jersey who traffics cocaine with PHAM. Records show JAH initiated approximately seventy-five peer-to-peer payments to PHAM from March 2020 through March 2026 for a cumulative total of

approximately $120,000.  Of these payments, multiple memos appear to include notations of "paint" or "painting," and a significant number of them are only populated with memos of emojis.

208.    On January 12, 2024, PHAM sent a text message to JAH with a tab indicating JAH owed PHAM $29,150.00.  Conversations between PHAM and JAH revealed that JAH has family in the North Worcester County area, and visits from New Jersey often.  PHAM also travels to JAH frequently, further highlighting JAH's position in the DTO, as PHAM plans highway travel from Massachusetts to New Jersey for him, in between flights to and from the west coast.

209.     On February 22, 2024, PHAM texted JAH, "hate to ask but can you send any bread brother", JAH replies, "Got u imma hit the bank ina few.  How much", PHAM responded, "Whatever helps," then JAH texted, "Give me a number bro," and PHAM replied, "$5k".  JAH sent a screenshot of an image appearing to depict confirmation of a payment sent which read "jimmy sent $2,000.00: Paint job" JAH then told PHAM to accept the payment, and asks to verify if the payment was successful, PHAM affirms he received the payment, then he sends a text reading, "-24150' followed by "Appreciate you."

210.    CashApp and Venmo records confirm these payments of $3,000.00 and $2,000.00 from JAH to PHAM, using CashApp and Venmo, respectively.  JAH did not include any memo for the CashApp payment, but Venmo's payment stated, "paint job."  There was never any discussion between PHAM and JAH about paint or painting services of any kind, as such, I believe this memo designation intends to disguise the payment and deceive financial institutions hosting the services as well as potentially, law enforcement reviewing the records.

211.    On February 23, 2024, PHAM planned a transaction with JAH.  The planning comes from PHAM's intended receipt of approximately four kilograms of cocaine from MONTEMAOYR [*see* ¶¶ 25-32, *supra*].

212.    On February 28, 2024, JAH sent a text to PHAM, "Sent a band on cash app," PHAM replied, "-23150".  CashApp records corroborate JAH and PHAM's messages, showing JAH paid PHAM $1,000.00 with the memo line, "studio rentals."  Once again, no discussion of any studio or rental occurred prior to this transaction, and the memo's intent is to disguise the payment from its true nature, debt related to drug transactions.

213.    On June 8, 2024, JAH initiated a meeting with PHAM at JAH's mother's house. Prior to the meeting, PHAM sent two text messages updating JAH's tab, reflecting a CashApp payment of $1,000.00 and Venmo payment of $2,000.00 ($20,300 as of May 8, 2024, reduced to $18,300, then $17,300).  CashApp and Venmo records corroborate this payment activity.  The Venmo payment included a memo, "Paint supplies."

214.    After the meeting appeared to occur, PHAM provided another updated tab, "-10300." There are no peer-to-peer payments supporting this reduction of $7,000.00, however on May 27, 2024, JAH informed PHAM he would be in town, to "drop off some bread." Based on this text conversation, I believe the $7,000.00 was handed to PHAM in cash at JAH's mother's house.

215.    Within the next three days, PHAM initiated three cash deposits, two on June 10, 2024, at Wells Fargo in Renton, Washington, for a total of $4,800.00 ($2,800 and $2,000, respectively) and a third at DCU in Fitchburg, Massachusetts, for $3,450.00.

216.    On July 29, 2024, PHAM texted JAH, "Call me when you get a chance" and then through text messages he arranges a meeting with JAH at the DoubleTree hotel in Fitchburg, Massachusetts, where he told JAH to "Bring a bag." There is no discussion through text messages about type, quantity, or price for the substances to be exchanged.  After the date and time for the meeting, PHAM texted JAH, "-22k." JAH's prior debt, which PHAM communicated to him

through text on July 10, 2024, was $7,100.00, an increase of approximately $14,900.00.  Based on the amount, I believe PHAM gave JAH a kilogram of cocaine.

217.    On March 6, 2025, JAH sent $3,500.00 to PHAM through Zelle, received in PHAM's BOA account, with the memo "paint supplies."  On March 18, 2025, JAH sent another Zelle payment to PHAM for $1,800.00, with the memo "paint brushes."

218.    Based on the evidence presented above, there is probable cause to believe that JAH engaged in at numerous transactions with PHAM, including Venmo and Zelle payments, where JAH attempted to conceal the nature of the payments to PHAM as payments for painting services or expenses, where the payments were, in fact, for the purchase of controlled substances.

## CONCLUSION

219.    Based on the foregoing, probable cause exists to show that PHAM, BREAULT, SYSOUMANG, MORENO, MONTEMAYOR, JAH, GONZALEZ, SPAULDING, GRIFFIN, REED, YANG, GODFREY, RAMOS, COLON, BOUCHER, VEGA, HARDY, and GARCIA conspired to distribute and to possess with intent to distribute controlled substances in violation of 21 U.S.C. § 846 and that, in addition, PHAM, JAH, GODFREY, RAMOS, COLON, BOUCHER, VEGA, HARDY, and GARCIA conspired to commit money laundering in violation of 18 U.S.C. § 1956(h).

I declare that the foregoing is true and correct.

_____
Special Agent Eric Beaudoin
IRS Criminal Investigation
U.S. Department of Treasury

Sworn via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on

May ___5___ 2026.                    4:19 p.m.

_____
HONORABLE DAVID H. HENNESSY
United States Magistrate Judge

69

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No.   26-mj-4166-DHH |
| ABDEEM GRIFFIN | | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ABDEEM GRIFFIN                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:   **May 5, 2026**

_____
*Issuing officer's signature*

City and state:    Worcester, Massachusetts

David H. Hennessy United States Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 05-14-2026          , and the person was arrested on *(date)* 05-14-2026<br>at *(city and state)* Honolulu, Hawaii              . |
| Date:   05-14-2026<br><br>_____<br>*Arresting officer's signature*<br><br>DEA SPECIAL AGENT CARLOS MENA<br>*Printed name and title* |