# MINUTES

CASE NUMBER:          1:26-MJ-00448-RT

CASE NAME:            United States of America vs. Abdeem Griffin

ATTY FOR PLTF:        Barbara Eucker

ATTY FOR DEFT:        Pamela I. Lundquist

US PROB OFFICER:      Whitney Nakamura

---

JUDGE:     Rom Trader          REPORTER:     FTR–CT 5

DATE:      5/15/2026           TIME:         2:07 p.m. – 2:25 p.m.

---

COURT ACTION: EP:     INITIAL APPEARANCE – Rule 5 (OUT) as to
                      DEFENDANT ABDEEM GRIFFIN
                      had on 5/15/2026.

Defendant Abdeem Griffin ("Defendant") present and in custody.

Appointment of Counsel:

Defendant sworn to Financial Affidavit. The Court appoints Ms. Pamela I. Lundquist as counsel.

Initial Appearance:

Defendant charged by Criminal Complaint in the District of Massachusetts.  Ms. Lundquist has reviewed the Criminal Complaint with Defendant.  Defendant acknowledges general understanding of the charges.

Waiver of Rule 5 & 5.1:

Court provided with *Waiver of Rule 5 & 5.1 Hearings* form signed by Defendant.  Court confirms Defendant's waiver of rights, i.e., right to an identity hearing, and production of a warrant as documented in the waiver form.  Court finds Defendant's waiver to be knowingly, voluntarily and intelligently made.  Court accepts Defendant's waiver. *Waiver of Rule 5 & 5.1 Hearings* form filed.

Detention/Release:

Court adopts the recommendation of Pretrial Services and finds the conditions adequate to reasonably assure Defendant's appearance and to mitigate any risk of danger posed should he be released.

The Court ORDERS Defendant be released on an unsecured bond in the amount of **$50,000.00** with the following conditions:

- (7b) Comply with pretrial services supervision and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

- (7g1) Surrender any passport and all travel documents to the U.S. Pretrial Services Office. Do not apply for/obtain a passport. If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes. If convicted and unless otherwise ordered by the Court, a US passport will be transferred to the State Department and a Foreign passport will be transferred to ICE-ERO or consulate of issuing country.  Surrender no later than: **05/22/2026**.

- (7h3) Travel is restricted to: **the Eastern District of California and the District of Massachusetts for court purposes only**.

- (7i) Do not change residence without the advance approval of Pretrial Services.

- (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

- (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services. **Surrender all firearms by 05/19/2026 OR as otherwise directed by Pretrial Services.**

- (7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers. **Do not use or possess illegal or state-authorized marijuana.**

- (7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.

- (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- (7z) You are required to clear all warrants by: **05/29/2026, or as otherwise directed by Pretrial Services**.

- (10b) Do not drive unless properly licensed **and insured**.

- Other Conditions: **You are required to contact the US Probation Office in the Eastern District of California by phone on Tuesday, 05/19/2026**.

- Other Conditions: **You must appear for any Court appearances as instructed in the District of Massachusetts**.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

- You shall not commit any offense in violation of federal, state, or local law while on release in this case.

- You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

- You must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

The Court reviewed the above release conditions with Defendant who acknowledged understanding the foregoing conditions, his obligation to comply, and the consequences of violating any conditions of release. Defendant advised of possible adverse action for failure to comply with any condition, to include issuance of a warrant for Defendant's arrest, revocation of release status and detention pending trial.

**These minutes will stand as the conditions of bond. IT IS SO ORDERED.**

Defendant is remanded to the custody of the U.S. Marshal Service for processing. Abstract of Release to be filed. Defendant ordered released forthwith.

**Defendant ordered to appear in the District of Massachusetts on May 29, 2026 at 10:00 a.m. at 595 Mainstreet Worcester, Massachusetts 01608.**

*Submitted by: Anjelica Barker, Courtroom Manager*