UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2026

at __2__ o'clock and __21__ min. __P__M
Lucy H. Carrillo, Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

UNITED STATES OF AMERICA          )          CASE NUMBER _26-MJ-00448-RT_

                     )

          vs            )          ABSTRACT OF RELEASE

Abdeem Griffin          )

                     )

_____          )

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of ___5/15/2026___ the Court entered the following order:

✓ Defendant to be released from custody forthwith

    ✓ Released to / continued on pretrial release

    _____ Sentenced to time served

    _____ Case Dismissed

    _____ Released to / continued on supervised probation / unsupervised probation

    _____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met.  As conditions have been met

effective _____ , defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Lucy H. Carrillo
~~Sue Beitia~~, Clerk of Court

by: _A.B._          Deputy Clerk