**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:26-MJ-04166-DHH-9 |
| ) | |
| v. ) | |
| ) | |
| ABDEEM GRIFFIN, ) | |
| ) | |
| Defendant ) | |

## ASSENTED TO MOTION TO ALLOW DEFENDANT TO APPEAR REMOTELY

Now comes Counsel to the above referenced defendant and respectfully requests that this Honorable Court allow the defendant to appear remotely at the next scheduled initial appearance.

As grounds therefore, Undersigned states that defendant had occasion to stand before the United States District Court in Honolulu Hawaii for an initial appearance where conditions of release were established and he was released and directed to report to the District of Massachusetts.

Defendant resides in the State of California and has abided with the conditions of release. The purposes of the Initial Appearance have already been determined by a Court of competent jurisdiction.

In the interest of Judicial economy defendant respectfully requests the instant motion be granted.

Respectfully submitted

/s/ Rudolph F. Miller

Rudolph f. Miller
BBO#565807
15 Cottage Avenue Suite 202
Quincy, MA
02169
407-388-5681
rfmillerlaw@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | No. 4:26-MJ-04166-DHH-9 |
| v. | ) ) | |
| ABDEEM GRIFFIN, | ) ) | |
| Defendant | ) ) | |

## AFFIDAVIT IN SUPPORT OF MOTION TO ALLOW DEFENDANT TO APPEAR REMOTELY

I, Rudolph F. Miller, do hereby depose and state as follows:

1. I am Counsel to the defendant;

2. I have had occasion to file my appearance in the instant matter;

3. I am familiar with the proceedings leading up to the requested motion;

4. I am aware that the defendant resides in the State of California;

5. I am likewise aware that the defendant was arrested whilst in the midst of travel;

6. Conditions were set by the Federal Court in Hawaii;

7. I have spoken to the assigned AUSA and he assents to the request to appear remotely.

/s/ Rudolph F. Miller, Esq.