## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)  No. 4:26-MJ-04166-DHH-9
)
)
)
v. )
)
ABDEEM GRIFFIN, )
)
Defendant )

## NOTICE OF APPEARANCE

Now comes Counsel to the above referenced defendant and respectfully requests that his appearance be allowed and added as Defense Counsel in the above referenced matter

Respectfully submitted

*/s/ Rudolph F. Miller*

Rudolph f. Miller
BBO#565807
15 Cottage Avenue Suite 202
Quincy, MA
02169
407-388-5681
rfmillerlaw@gmail.com